UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JESUS CARMONA,

Plaintiff,

v.

DICK ROSS,

Defendant.

Civil No. 00-2447 (MJD/ESS)

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge E. S. Swearingen dated January ____2002, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED**:

1. That Plaintiff's Motion for Class Certification be DENIED [Docket No. 3]; and

2. That Plaintiff's Motion for Appointment of Counsel be DENIED [Docket No. 3].

DATED: Feb 21, 2002.

MICHAEL J. DAVIS
United States District Judge

FEB 21 200
FILED
RICHARD D
JUDGMENT
DEPUTY