UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE TO COUNSEL**

Due to a clerical error, this Order was originally served using information from an incorrect case number. I apologize for our delay in discovering this error. Plaintiff did receive the order as he was also the plaintiff in the other file. If you have any questions or concerns regarding this please contact Debbie Halfman at 612-664-5073 or Cynthia Francis at 612-664-5009.

RICHARD D. SLETTEN, CLERK

BY: CYNTHIA FRANCIS, Deputy Clerk

DATED: September 17, 2003

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jesus Carmona,

Plaintiff,

v.

Dick Ross,

Defendant.

Civil File No. ~~02-2447~~ (MJD/ESS)
~~00-1450~~
00.2447 MJD/RLE

**ORDER**

---

This matter is before the Court on remand from the Eighth Circuit Court of Appeals. Plaintiff Jesus Carmona ("Carmona") appealed from this Court's grant of summary judgment in his 42 U.S.C. § 1983 against defendant Dick Ross ("Ross") and others, but the Eighth Circuit dismissed the appeal as premature. See Carmona v. Ross, 65 Fed. Appx. 576, at *1, 2003 WL 21251991 (8th Cir. 2003). The Eighth Circuit noted that Carmona's claims against a number of unserved defendants remain pending, and also directed this Court to rule on his second amended complaint and his motion to compel. See id.

The Court has discretion to dismiss an action where service is not taken or ineffective. See Marshall v. Warwick, 155 F.3d 1027, 1033 (8th Cir.1998), reh'ng denied, Dec. 4, 1998; Haley v. Simmons, 529 F.2d 78, 79 (8th Cir. 1976). As recognized by a number of other circuits, where an action is dismissed as to all defendants who have been served, there is little reason to believe that there will be any further adjudication of the action. See Patchick v. Kensington Publ'g Corp., 743 F.2d 675 (9th Cir. 1984); see also, D.R. by L.R. v. Middle Bucks Area Vocational Technical Sch., 972 F.2d 1364, 1366 n.3 (3d. Cir. 1992) (en banc). It is the Court's conclusion that it is time this matter be put to rest, and therefore all unserved defendants must be dismissed.

(61)

FILED AUG 14 2003
JUDGMENT ENTD
DEPUTY CLERK JEM

The Eighth Circuit has directed this Court to rule on Carmona's second amended complaint. (Docket No. 40.) This Court sees no reason to do anything but dismiss it with prejudice. Carmona purports to have served the complaint on all defendants by serving it on Ross' attorney. There is no evidence to suggest that Ross' attorney was, or is, authorized to accept service for the other putative defendants. See, e.g., Haley, 529 F.2d at 78 n.1. As far as the Court can tell, Carmona effected service only upon a party who has already been dismissed from this action, and all that remain are unserved defendants. It is the Court's conclusion that Carmona's second amended complaint, and indeed this entire action, must be dismissed with prejudice.

The Eighth Circuit also directed this Court to rule on Carmona's motion to compel. (Docket No. 21.) To the extent that Carmona's motion retains any life following dismissal of this matter with prejudice, the Court determines that the motion is wholly without merit, and is therefore denied.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. All unserved defendants in this matter are dismissed;

2. This matter, and specifically Plaintiff's second amended complaint, is dismissed with prejudice; and

3. Plaintiff's motion to compel is **DENIED**.

Dated: August 12, 2003

Michael J. Davis
United States District Court Judge