**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JESUS CARMONA,

Plaintiff,

v.

**ORDER**
Civil File: 00-CV-2447 (MJD)

DICK ROSS, et. al.,

Defendants.

---

This matter is before the Court on plaintiff's motion for leave to proceed *in forma pauperis* in his 42 U.S.C. § 1983 claim.

This Court is authorized to waive the prepayment of fees, costs, and security if plaintiff meets the statutory requirements. 28 U.S.C. § 1915. Plaintiff meets the statutory requirements in that he has submitted an affidavit that declares a statement of assets totaling zero dollars and zero cents ($0.00) The plaintiff has also provided a certified copy of his prisoner account statement for the past six months. The defendant's certified account statement reflects a zero dollar and zero cents ($0.00) balance for the past six months.

Based upon a review of the record, the plaintiff's motion and supporting affidavit, this Court concludes that the plaintiff is eligible to proceed with his claim *in forma pauperis.*

OCT 2 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for leave to proceed *in forma pauperis* is **GRANTED**.

10-22-03
DATE

Judge Michael J. Davis
United States District Court

00-CV-2447
CARMONA
v.
ROSS