00-2447 MJD/RLE

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-1049

| | |
|---|---|
| Jesus Carmona,<br><br>Appellant,<br><br>vs.<br><br>Dick Ross; John Sausen; David Ten Eyck; David Hermerding; Jennifer Cummings; Tim Friis; Jesse Ventura; Mike Hatch; Don Inwards; Marshall Prescott; Rod McCulley; Harvey Doe; Pete Doe; Crow Wing County; City of Brainerd; Denny Peterson,<br><br>Appellees. | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and the briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded in accordance with the opinion of this Court.

(5172-010199)

July 22, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
AUG 16 2004
U.S. DISTRICT COURT MPLS