RECEIVED
BY MAIL
AUG 3 0 2004
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
Minnesota District of

Jesus Carmona C.A. # 00-2447

vs

Dick Ross, ETAl

Request To Clerk of Court;
Request for USM-285 Forms

1- Plaintiff respectfully request Sixteen (16) USM-285 Forms. So I can fill out and provide this court with Service upon the defendants.

2- Plaintiff also request an explaination as to why this court, did not file my Writ of Habeas Corpus, submitted (Case # 01-0774) into the Original Case # 00-1450, reopening the Original Case, since it was stayed pending Exhaustion of State Remedies.

3- Plaintiff respectfully moves this Clerk and This Court, to file his Writ of Habeas Corpus, of Case # 01-774, into the correct case # 00-1450, and begin the action anew under Case # 00-1450, as the Court Jurisdiction is Legal and Proper in that Case. Granting his Writ of Habeas Corpus, since the Court found no valid arrest warrant ever

existed, nor has there ever been one issued by any Court of Law, for the Plaintiff.

4- ~~Fd~~ Failure to file the Writ of Habeas Corpus, of case # 01-774 into Case # 00-1450 is a federal Criminal Offense. Plaintiff already initiated RICO and Anti terrorist Act, against numerous State officials, in the State of Louisiana for Kidnapping, Racketeering, etc. This United States District Court, had turned its back on a United States Law abiding Citizen, and allowed a U.S. Citizen to be kidnapped and Extradited without any warrant, nor any criminal charges ever filed again a U.S. Citizen. This case is similar to the Bauns Case in N.Y. - This court has documented its full knowledge that Case # 00-1450 was originally filed while petitioner was still in Minnesota. And this court deliberately made a "void Judgment" in Case # 01-774, which is Null and Void, under federal Jurisprudence.

Plaintiff respectfully await your reply to my propounded requests to this Clerk of Court and this Court.

Executed this 26 Day of August, 2004

Respectfully

[signature]

Jesus Carmona, #105961
Jup C-1 #10
Route 1, Box 83-T
Kinder, La. 70648

Copy filed with the News Media

Mr. Jesus Carmona #105961
3751 Lauderdale Woodyard Rd #
Kinder, LA 70648 5908

1740 U.S. POSTAGE PB2213221
3157 $00.370 AUG 26 04
7321 MAILED FROM ZIP CODE 70648

RECEIVED
BY MAIL

AUG 30 2004

CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court
U.S. Dist. Court. District of Minnesota
Room 700 Federal Building
316 North Robert Street
St. Paul, Minn.
55101-1460

55101+1495 06