RECEIVED
BY MAIL
NOV 01 2004
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
District of Minnesota

Jesus Carmona C.A. 00-2447

vs

Dick Ross, ETAL

Motion for Production of
USM-285 Forms

Pursuant to the 8th cir. U.S. Court of App. ruling. Petitioner has repeatedly requested production of U.S.M-285 Forms, since 2001, and has been repeatedly denied by the Clerk of Court. As of the denial. Petitioner has been prevented by the Court, from submitting the filled out forms for service. Which led to the denial of access to the court.

Since August, 2004, petitioner requested Sixteen copies of the USM-285 Forms, From the Court of Court. And was denied. Therefore, Petitioner seek an order directing the Clerk of Court, to serve petitioner with the Sixteen Forms, so he can serve this court, and begin processing the sue. Respectfully

Executed this 25 Day
of Oct. 2004.

Jesus Carmona, #105961
Route 1 - Box 83-T
Kinder La. 70648

SCANNED
NOV 01 2004
U.S. DISTRICT COURT ST. PAUL

RECEIVED
BY MAIL
NOV 0 1 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Dear Clerk of Court
U.S. Dist. Ct.,
Dist. of Minn.

CV00-2447 MJD/RLE

Oct 25, 2004

Please find enclosed a request for F.O.I.A. and a Motion for Production of USM-285 forms.

Please file into Court immediately for review.

Thank you

[signature]

Jesus Carmona, #105961
Route 1, Box 83-T
Rider, La. 70648

Jesus Carmona, #105961
Route 1, Box 83-T
Kinder, La. 70648

LAFAYETTE LA 705
PM
26
2004
1800
3107
9861
U.S. POSTAGE
$00.370
PB2213221
OCT 26 04
MAILED FROM ZIP CODE 70648

ALWAYS

RECEIVED
BY MAIL
NOV 01 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court
U.S. Dist. Court
District of Minnesota
316 North Robert Street
St. Paul, Minn
55101-1460

55101-1455