UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Jesus Carmona,

Plaintiff,

vs. ORDER

Dick Ross, et al.,

Defendants. Civ. No. 00-2447 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

This matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's Motion for Production of United States Marshal forms.

Our Court of Appeals recently remanded the matter to this Court to allow the Plaintiff additional time to serve those Defendants, who were added in the Plaintiff's Second Amended Complaint. As a result, on remand, the Plaintiff has requested the USM-285 forms, for service upon those Defendants, and has moved for their production. Accordingly, we grant the Plaintiff's Motion, and direct the Clerk of Courts to submit the requested number of USM-285 forms to the Plaintiff.

WHEREFORE, it is --

ORDERED:

1. That the Plaintiff's Motion for Production of USM-285 forms [Docket No. 69] is GRANTED.

2. That the Clerk of Court shall submit, to the Plaintiff, the requested number of USM-285 forms.

BY THE COURT:

Dated: November 23, 2004

s/Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE