United States District Court
District of Minnesota

05 JAN 19 PM 12:47

Jesus Carmona CA 00-CV-2447

US

Dick Ross ETAL

SCANNED
U.S. DISTRICT COURT DULUTH

Motion for Confirmation of Service

1.

On December 1st, 2004, petitioner placed in the U.S. Postal Mail, here at Allen Correctional Center. Kinder La., Thirteen completed USM-285 Forms. addressed to this Court in Duluth Minn.

2.

As of the mailing of these forms. Petitioner has not received any receipts, showing proof of service on the Thirteen Defendants. nor;

3

Have any of the defendants filed any responses or defenses to the complaint in this Case.

4.

Therefore, petitioner respectfully request confirmation of the Date and Time of service upon the same defendants in this case

5.

If any defendants, were not served.
Please explain why, they were not served.

Executed this 14th Day of January 2005.

Respectfully Submitted
Jesus Ca[illegible]

Jesus Casmona, #105961
Route 1, Box 83-T
Kinder, La. 70648

Jesus Carmona 105961
Route 1, Box 83-T
Kinder, La. 70648

1340 U.S. POSTAGE PB2213221
3148 $00.37⁰ JAN 14 05
4424 MAILED FROM ZIP CODE 70648

Clerk of Court
U.S. District Court
District of Minn
417 Federal Bldg
515 W. 1st Street
Duluth, Minn
55802-1397

55802+1302 26