UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Jesus Carmona,

Plaintiff,

vs. ORDER

Dick Ross, et al.,

Defendants. Civ. No. 00-2447 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

This matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the routine supervision of cases pending in this District.

Our Court of Appeals recently remanded the matter to this Court in order to allow the Plaintiff additional time to serve those Defendants, who were newly added in the Plaintiff's Second Amended Complaint -- namely, John Sausen, Judge David Ten Eyck, Tim Friis, Jesse Ventura, Mike Hatch, Harvey Doe, Don Inwards, and Pete Doe. See, Docket No. 66, at p. 3. On remand, the Plaintiff requested the USM-285 forms, for service upon the Defendants, and moved for their production, which we

granted, and we directed the Clerk of Courts to submit the requested number of USM-285 forms to the Plaintiff.[1] See, Docket No. 70.

The Plaintiff has since filed a Motion, in which he requests the confirmation of service upon the Defendants, or an explanation as to why service has not yet been accomplished. See, Docket No. 71. We now address the Plaintiff's Motion. While we have subsequently received the completed USM-285 Forms, we have not received the requisite number of copies of the Plaintiff's Second Amended Complaint, which has been allowed to proceed against certain of the Defendants, in accordance with the directives of the Court of Appeals for the Eighth Circuit. See, Docket No. 66. The Plaintiff has failed to include a copy of his Complaint, for service upon each of the Defendants who is named therein. Although we recognize that the Plaintiff is proceeding in forma pauperis, this entitlement does not embrace copying costs. See, e.g., Sankitts v. Evans, 113 F.3d 1247 (10th Cir. 1997) (Table Decision); Nance v.

[1]We note that the Defendant requested sixteen (16) USM-285 forms, which is the total number of Defendants named in the Plaintiff's Second Amended Complaint. However, our Court of Appeals affirmed the dismissal of several other previously named Defendants, including the City of Brainerd, Crow Wing County, Rod McCulley, Marshall Prescott, Denny Peterson, David Hermerding, and Jennifer Cummins, but held that the dismissal was to be without prejudice. See, Docket No. 66, at p. 3. Therefore, those entities, and individuals, are no longer parties in this case.

Cooper, 1996 WL 583444 *2 (N.D. Ill., October 7, 1996). Accordingly, the Plaintiff is directed to submit to the Clerk of Court, **by no later than February 22, 2005**, a copy of his Complaint for each of the Defendants, who was newly added to the Plaintiff's Second Amended Complaint. In the event that the Plaintiff no longer possesses a copy of his Second Amended Complaint, he is directed to notify the Clerk of Court, within seven (7) days from the date of this Order. If he does so, the Clerk of Court shall submit, to the Plaintiff, one copy of his Second Amended Complaint, of which the Plaintiff shall make the appropriate number of copies, and forward them to the Clerk, for service.

Upon receipt of the requisite number of copies of the Plaintiff's Second Amended Complaint, the Clerk of Court shall issue a Summons and the United States Marshal shall serve a copy of the Complaint and Summons upon the Defendants as directed by the Plaintiff, and all costs of service shall be advanced by the United States. We forewarn the Plaintiff that if he fails to comply with any of the above directives, including the time limitations noted, we shall recommend that his Second Amended Complaint be dismissed for failure of prosecution.

NOW THEREFORE, it is --

ORDERED:

1. That the Plaintiff's Motion for Confirmation of the Date and Time of Service [Docket No. 71] is DENIED, as moot.

2. That, should the Plaintiff intend to pursue this action, he is directed to submit sufficient copies of his Second Amended Complaint to the Clerk of Court, for service upon each of the Defendants, who was newly added to his Complaint, **by no later than February 22, 2005.**

3. That in the event that the Plaintiff no longer possesses a copy of his Second Amended Complaint, he is directed to notify the Clerk of Court, within seven (7) days from the date of this Order, and if he does so, the Clerk of Court shall submit, to the Plaintiff, one copy of his Second Amended Complaint.

4. That, in the event that the Plaintiff fails to comply with any of the above directives, including the time limitations noted, the Court shall recommend that this action be dismissed for failure of prosecution.

BY THE COURT:

Dated: January 21, 2005

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE