SCANNED
FEB - 7 2005
U.S. DISTRICT COURT DULUTH

United States District Court
District of Minnesota

FILED FEB -7 AM 9:01
CLERK US DIST COURT DULUTH, MN

Jesus Carmona C.A. 00-cv-2447

vs

Dick Ross, ETAL

## Judicial Notice

Petitioner, respectfully request this honorable district Court, to take Judicial notice, of the fact.

1

On May 2, 2002, petitioner served this court, by U.S. Mail four copies of his amended complaint; with a letter of notice and request for USM-285 forms. See Docket No. 40.

2

On May 10, 2002, petitioner served this court, with five (5) more copies of his amended complaint; again asking this court, to send petitioner the requested USM-285 forms. See Docket No. 41. petitioner also served Mr. Jon Iverson, Attorney for the Defendants; a copy of the complaint. See Doc. No. 41. The Court did not note the Amended Complaint in it's minute's entry.

3.

On May 13, 2002, Petitioner served this court, with five (5) more copies of the complaint and again

Requested copies of USM-285 Forms. A Total of Fourteen (14) copies; altogether, has been served upon This court, For process and service.

4.

This court, has recognized, that an issue of mail tampering; has been evidence by This court. Therefore, petitioner is entitled to a hearing to show cause. With an investigation conducted by The U.S. Post Master General report and tracer on the questioned mailing.

5.

Petitioner, do have prison receipts of most of his mail. Some, the prison officials, has refused to provide. Nonetheless, a Record is kept of All Legal mail, in and out of prison, here. The court's Docket master, does acknowledge service, upon This court of The complaints. Petitioner, should not be held responsible, for This court's errors.

Furthermore, This court has not Responsed to his motions concerning his Writ of Habeas Corpus; that has been filed in CA # 00-1450 on Sept. 2, 2004. There is a serious question, as to the competency of this court to manage its affairs; in a Just and fair, manner. This court is quick to punish others, for its own errors.

The Grand Jury and Congress, will be compelled to review This court's handling of an Aggravate kidnapping and slavery, of a Law-Abiding U.S. citizen.

This court was duly served with The completed USM-295 forms, since December of 2004. Why This court, did not asked about The copies of the complaint; until, petitioner sought confirmation. Is an admission of negligence and incompetency.

Petitioner means, no disrespect to This court. The complaint is basically self evident of an Act of Kidnapping and conspiracy to violate civil rights, of a U.S. Citizen.

As to The other defendants, being dismissed. The only name defendant dismissed, is Dick Ross. and That's a void Judgment, which also will be viewed by The Grand Jury, etc. Actual injury caused, is evident by The petitioner's false imprisonment; because of the denial of Access to an Attorney and prison Law Library; caused by Dick Ross's refusal to provide adequate access to The Courts; and This court's condolence to his attorney; providing false information and destruction of evidence, noted by The court Records. This case is far from over, and can end up causing serious criminal charges against This court.

## Conclusion

Wherefore, plaintiff/Petitioner, prays:

1.

This court search its records for the fourteen copies previously, served upon this court by The Plaintiff.

2.

If the copies, can't be found. Order the U.S. Post Master, to investigate the whereabouts of these copies.

3.

Investigate, why plaintiff was never asked by The court, for these copies, after being served with The USM-285 forms completed in December.

4.

Investigate; why his Writ of Habeas Corpus in CA # 00-1450, has not been process and acted upon.

5.

In the event, This court has not found the copies mentioned herein. Inform the Plaintiff, to That effect; And Plaintiff will make copies and serve the court with Them.

Executed this 2 Day of feb, 2005.

Respectfully

[signature]

Jesus Carmona, #105961
Earth B-1 # 35
Route 1, Box 83-T
Kinder, La. 70648