Date 2-2-05

Dear Clerk of Court,

Please find enclose, a response to this court's order of Jan. 21, 2005.

Please submit for ruling.

Thank you

Jesus Carmona, #105961
Route 1, Box 83-T
Kinder, La. 70648

P.S.
Please let me know the Disposition on Case # 00-1450, of this court.

Jesus Carmona #105461
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648-5908

US POSTAGE
$00.370 FEB 02 05
MAILED FROM ZIP CODE 70648

Clerk of Court
U.S. Dist. Ct.
District of Minnesota
417 Federal Bldg
515 W. 1st Street
Duluth, Minn. 55802

55802+1302