United States District Court
District of Minnesota

RECEIVED
BY MAIL
MAY - 6 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Jesus Carmona C.A. 00-2447

VS CV00-2447 MJD/RLE

Dick Ross, ET AL

Plaintiff's Reply to this Hon. Court's Order of April 20, 2005

Respectfully, plaintiff submits the appropriate number of copies to be served upon the name defendants. Fourteen altogether. Plaintiff also submits into evidence as attached Exhibit "1 A"; copies of mail receipts of May 2, 2002: May 10, 2002 and May 13, 2002. establishing the Fact, that on said dates. Plaintiff did in fact; posted a total of Fourteen Copies to this Court. Also attached is a certificate of Service, verifying the Fact. That Dick Ross, was personally posted a copy of the Second Amended Complaint. Which he is in Default and an entree of Default should as a matter of law and equity; a Judgement of Entree of Default against him should be noted in the records.

Plaintiff objects to this courts erroneous assumption. That any of the named defendants has been dismissed.

The Appellate Court, remanded this case because the Court failed to ruled upon the Second Amended Complaint and other named defendants wasn't served.

Therefore, this court's dismissal is a void Judgment under Rule 60 of the F. R. Civ. Pro. Furthermore, this court erroneously held defendant Dick Ross, not liable because he wasn't directly involve. The error the court made is the Evidence support that plaintiff informed the defendant Dick Ross personally about the problems; through the remedies he instituted. Which the standard forms supplied is addressed to him personally and no other. It is not Plaintiff's position or responsibility, to make sure every letter or complaint is handed to him personally. Plaintiff at said times of posting his complaints and letters to him. He was under a control environment and unable to hand delivered the mail to him. Every complaint was directed to him and duly post in the Jail house mail, which is done by submitting to his deputy for mailing. Once the letter or complaint, which is personally addressed to him, has been post. The law or rather Public Policy, establish delivery upon the person addressed is duly served. He can not claim he didn't get it, and the law of ~~est~~ estoppel applies.

Plaintiff also objects to this court's erroneous ruling on his Writ of Habeas Corpus. Once, plaintiff filed his writ in June of 2000 Case No: 00-1450; This court did not lose

Jurisdiction, nor was the original case officially closed. A dismissal without prejudice pending exhaustion of State remedies. Is actually a stay order pending said exhaustion of State remedies. Once said remedies is exhausted. This court is required by Public Policy and United States Supreme Court's interpretation; to re-instate the writ. The High Court held that the initiate filing of the Writ, retains the court's original Jurisdiction and cannot be divested because the petitioner has been released or removed from its Jurisdiction. Once exhaustion has been completed, and the prisoner seeks redress in the original writ. This court must entertain the writ as if originally Filed in June of 2000.

Therefore, this court error in stating a new writ and case must be open. In 2001, plaintiff did filed the Writ immediately after the Minnesota Supreme Court denied his writ and this court refused to entertain it upon the grounds plaintiff was no longer in their Jurisdiction.

Therefore plaintiff prays this court re-instate his Writ of Habeas Corpus and order his immediate release.

Executed this 4th Day of May 2005

Respectfully

Jesus Carmona

Jesus Carmona #105961
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648-5908

Exhibit

1 A

Mail Receipts and Letter to Clerk of Court

Plus

Certificate of Service
upon Dick Ross

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

To: Hon. Clerk of Court,
United States District Court
District of Minnesota
U.S. Court House
300 South Fourth Street
Minneapolis, Minn. 55415

Date: May 2, 2002.

RE: Carmona v. Ross, etal, C.A. No: 00-2447 (MJD/ESS)

Dear Hon. Clerk of Court,

Please find enclosed four copies of Plaintiff, Jesus Carmona's, amended complaint in this case. Please file one into this court, and hold the other three and send me the required U.S. 285, forms, which I been requesting from this court since the pre-trial order. As to why I didn't get it, is yet to be known. I'll need as least 13 forms to fill out. I'll send you three back so you can serve three of the defendants, and I'll send you the other copies of my amended complaint with the other forms fill out, so service can be made.

Request this be given immediate attention.

Respectfully Submitted By,

Jesus Carmona

Jesus Carmona, # 105961
Route 1, Box 83 - T
Kinder, Louisiana
70648

mended Complaint

# ALLEN CORRECTIONAL CENTER
## INDIGENT SUPPLY VOUCHER

DATE May 2, 2002

NAME Jesus Carmona DOC# 105961 DORM MER 01 #24

U.S. Dist. Ct. Minn
Version
4th Jud. Ct.
Ramsey
Gov. Ventura
Cir. U.S.
Ct. of App.
Cir. Ct. of App.
La. Sup. Ct.

**MAILROOM**

| ITEM | | AMOUNT |
|---|---|---|
| 8 | LEGAL POSTAGE | $10.01 |

**RECORDS**

| ITEM | | AMOUNT |
|---|---|---|
| | COPIES @ .05 EA. | |

**SECURITY**

| ITEM | | AMOUNT |
|---|---|---|
| | ID CARD @ 2.50 EA. | |

**LAUNDRY**

| ITEM | | AMOUNT |
|---|---|---|
| | INTAKE LOCK | |

**CANTEEN**

| ITEM | | AMOUNT |
|---|---|---|
| | POSTAGE STAMPS @ .32 EA. | |
| | IND. SUPPLY PKG. | |
| | LEGAL SUPPLY PKG. | |

Jesus Carmona 105961
INMATE SIGNATURE / DOC NO.

OFFICER / STAFF SIGNATURE

DATE RECEIVED

(Rev. 2-25-98)

Magnolia 07380

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Jesus Carmona C.A. No. 00-2447 (MJD/ESS)

versus

Dick Ross, ETAL

Plaintiff's request to this Court's
Clerk of Court, for production

NOW INTO COURT, comes, Jesus Carmona, plaintiff in the above-enttiled matter. Respectfully request this Honorable Clerk of Court, to supply the plaintiff with thirteen forms of U.S. 285, so that all defendants in this case can be duly and properly served.

On May 2nd,2002, plaintiff mailed this court, four copies of the enclosed amended complaint, at the same time asking for the forms to fill out and return to this court. Also, plaintiff has submitted a certificate of service, showing that a copy of the amended complaint has been served on Jon Iverson, attorney for the defendants of the record.

Plaintiff now serve this court with five more copies and will send the last five in the near future. Plaintiff still needs these forms to fill out for service.

Executed this 10th day of May, 2002.

Respectfully submitted by,

[signature]

Jesus Carmona, # 105961
Route 1, Box 83 - T
Kinder, Louisiana
70648

(41)

U.S. Dist. Ct
Minn.
U.S. Dist. Ct
E.D. La -

# ALLEN CORRECTIONAL CENTER
## INDIGENT SUPPLY VOUCHER

DATE May 10, 2002

NAME Jesus Carmona DOC# 105961

DORM Merc. D1 #24

**MAILROOM**

ITEM AMOUNT

2 LEGAL POSTAGE 2.90

**RECORDS**

ITEM AMOUNT

______ COPIES ______
@.05 EA.

**SECURITY**

ITEM AMOUNT

______ ID CARD ______
@2.50 EA

**LAUNDRY**

ITEM AMOUNT

______ INTAKE LOCKS ______

**CANTEEN**

ITEM AMOUNT

______ POSTAGE STAMPS ______
@ .34 EACH

------------ LEGAL SUPPLIES

Jesus Carmona 105961
INMATE SIGNATURE/DOC NO.

________________
OFFICER/STAFF SIGNATURE

U.S.D. Ct
E.D. La.
U.S. Dist. Ct.
D. Minn

# ALLEN CORRECTIONAL CENTER
## INDIGENT SUPPLY VOUCHER

DATE 5-13-02

NAME Jesus Carmona DOC# 105961

DORM Merc D1 #24

**MAILROOM**

| ITEM | AMOUNT |
| --- | --- |
| 2 LEGAL POSTAGE | 4.29 |

**RECORDS**

| ITEM | AMOUNT |
| --- | --- |
| ____ COPIES @.05 EA. | |

**SECURITY**

| ITEM | AMOUNT |
| --- | --- |
| ____ ID CARD @2.50 EA | |

**LAUNDRY**

| ITEM | AMOUNT |
| --- | --- |
| ____ INTAKE LOCKS | |

**CANTEEN**

| ITEM | AMOUNT |
| --- | --- |
| ____ POSTAGE STAMPS @.34 EACH | |

------------ LEGAL SUPPLIES

Jesus Carmona 105961
INMATE SIGNATURE/DOC NO.

OFFICER/STAFF SIGNATURE

Doc Received
189, SBL

United States District Court
District of Minnesota

Jesus Carmona
versus
Dick Ross, ETAL

C.A. No: 00-2447
MJD/ESS

Certificate of Service

I, Jesus Carmona, hereby certify that a full and Complete 31 pages of Plaintiff's Amended Complaint has been served on the Defendants Dick Ross, ETAL by mailing same to his Attorney of Record. This 2 Day of May, 2002

Respectfully Yours

Jesus Carmona

Jesus Carmona #105961
Route 1, Box 83-T
Kinder, La. 70648