RECEIVED
BY MAIL
MAY 16 2005
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
District of Minnesota

Jesus Carmona C.A. 00-2447

VS

Dick Ross, ETAL

Plaintiff's Notice of Change of Address

Plaintiff respectfully inform this Hon. Court of his change of Address.

His new address is

Jesus Carmona, #105961
E.H.C.C. P.O. Box 174
St. Gabriel, La.
70776

Please inform the Defendants of this change. Because Plaintiff has not been informed of their addresses at the moment.

Executed this 12. Day of May, 2005

Jesus Carmona (signature)

Jesus Carmona, #105961
E.H.C.C. P.O. Box 174
St. Gabriel, La. 70776

SCANNED
MAY 16 2005
U.S. DISTRICT COURT ST. PAUL

Jesus Carmona, #105961
Goff I, B - #39
E. H. C. C. P.O. Box 174
St. Gabriel, La. 70776

BATON ROUGE

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.37⁰
0004381067 MAY 13 2005
MAILED FROM ZIP CODE 70776

**RECEIVED**
BY MAIL

MAY 16 2005

CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court c/o Duluth Branch
U.S. Dist. Court
Dist. of Minnesota
708 Fed. Bldg
316 North Robert Street
St Paul, Minn. 55101

55101+1495