UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesus Carmona,

Plaintiff,

vs.

John Sausen, et al,

Defendants.

Case No. 00-2447 MJD/ESS

**CERTIFICATE OF SERVICE**

---

I hereby certify that on May 27, 2005, I caused the following documents:

Answer to Complaint

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Jon Iverson

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Jesus Carmona #105961
3751 Landerdale Woodyard Road
Kinder, LA 70648

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

IVERSON REUVERS

Dated: May 27, 2005

By: s\Jon K. Iverson
Jon K. Iverson, #146389
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200