Jesus Casmina, #105961
E. H. C. C. P.O. Box 174
St. Gabriel, La. 70776

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.60⁰
0004381067 JUL 13 2005
MAILED FROM ZIP CODE 70776

RECEIVED
BY MAIL
JUL 1 2005
CLERK US DIST COURT
MINNEAPOLIS MN

SCANNED
JUL 19 2005
PG
U.S. DISTRICT COURT ST. PAUL

Clerk of Court
U.S. Dist. Ct., Dist of Minn.
300 South Fourth Street
Minneapolis, Mn.
55415

SCANNED
JUL 19 2005
U.S. DISTRICT COURT ST. PAUL

55415+1320-99 C036