UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesus Carmona,

Plaintiff,

vs.

John Sausen, David Ten Eyck,
David Hermerding, Jennifer Cummings,
Tim Friis, Jesse Ventura, Mike Hatch,
Don Inwards, Marshall Prescott,
Rod McCulley, Dick Ross, Harvey (Doe)
and Pete (Doe),

Defendants.

Case No. 00-2447 MJD/RLE

**MOTION**

---

TO: Plaintiff Jesus Carmona, Pro Se, #105961, E.H.C.C. P.O. Box 174, St. Gabriel, LA 70776

**MOTION**

Defendants move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law.

IVERSON REUVERS

Dated: August 15, 2005.

By s/ Jon K. Iverson
Jon K. Iverson, #146389
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, Minnesota 55438
(952) 548-7200