UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesus Carmona,

Plaintiff,

vs.

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe) and Pete (Doe),

Defendants.

Case No. 00-2447 MJD/ESS

**AFFIDAVIT OF JON K. IVERSON**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Jon K. Iverson, duly sworn upon oath, states and alleges as follows:

1. I am an attorney duly licensed to practice in the State of Minnesota and before this Court. I represent the defendants John Sausen, Don Inwards, Marshall Prescott, Rod Mcculley, Dick Ross Harvey Doe, and Pete Doe in the above-entitled matter.

2. Attached here to as Exhibit A is a true and correct copy of *Yeazizw v. City of Edina*, 2003 WL 1966285 (D. Minn. Apr 28, 2003).

3. Attached here to as Exhibit B is a true and correct copy of *Madison v. City of Minneapolis*, 2004 WL 1630953 (D. Minn. July 15, 2004)

FURTHER THIS AFFIANT SAYETH NOT.

/s Jon K. Iverson
Jon K. Iverson

Subscribed and sworn to before me
August 15, 2005.

/s Bonnie R. Hallstrom
Notary Public