UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesus Carmona,

Plaintiff,

vs.

John Sausen, et al,

Defendants.

Case No. 00-2447 MJD/ESS

**CERTIFICATE OF SERVICE**

---

I hereby certify that on August 15, 2005, I caused the following documents:

> Defendants' Memorandum of Law in Support of Individual and Joint Motion for Summary Judgment

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> John S Garry john.garry@state.mn.us
>
> Jon K Iverson jiverson@iversonlaw.com, jiverson@mn.rr.com
>
> Kafi C Linville klinville@tkz.com, alawrence@tkz.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

> Jesus Carmona, Pro Se, #105961
> E.H.C.C. P.O. Box 174
> St. Gabriel, LA 70776

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

> Michael J. Davis davis_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Jesus Carmona, Pro Se, #105961
E.H.C.C. P.O. Box 174
St. Gabriel, LA 70776

IVERSON REUVERS

Dated: August 15, 2005

By: s/Jon K. Iverson
Jon K. Iverson, #146389
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200