United States District Court
District of Minnesota

Jesus Carmona

vs

John Sausen, ETAL

C.A. No: 00-2447 MJD/RLE

RECEIVED
BY MAIL

SEP 12 2005

CLERK US DIST COURT
MINNEAPOLIS MN

Motion to Compel with Sanction

Plaintiff moves this Honorable Court, pursuant to Rules 26, 34 and 37, et seq., Fed. R. Civ. Pro., for an Order compelling the defendants to produce for inspection and copying the documents and information requested on July 26, 2005, (see attached copy herein).

Executed this 7 day of September, 2005

Respectfully Submitted by
Jesus Carmona
Jesus Carmona, #105961
E.H.C.C. P.O. Box 174
St. Gabriel, La. 70776

SCANNED
SEP 12 2005
U.S. DISTRICT COURT MPLS

Jesus Carmona, #105961
E.H.C.C., P.O. Box 174
St. Gabriel, La. 7077C

00CV2447 MJD/RLE

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.83⁰
02 1A
0004381067 SEP 08 2005
MAILED FROM ZIP CODE 70776

Clerk of Court
U.S. District Court, District of Minn.
U.S. Court House
300 South Fourth Street
Minneapolis, Minn. 55415

RECEIVED
BY MAIL
SEP 12 2005
CLERK US DIST COURT
MINNEAPOLIS MN