United States District Court
District of Minnesota

RECEIVED
BY MAIL
SEP 12 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Jesus Carmona

vs

John Sausen, ETAL

C.A. No: 002447
MJD/ESS
MJD/RLE

## Request For Production of Documents

To: John Sausen c/o Iverson Reuvers, Esq.

Pursuant to Rule 34, Fed. R. Civ. P., the plaintiff requests that the defendants produce the documents listed herein within 30 Days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

1.

Any and all grievances, complaints, or other documents received by the defendants or their agents, of the Crow Wing County District Attorney Office, and Sheriff, and Police Department; concerning the arrest of the Plaintiff on May 21, 2000; and any memorandums, investigation reports; Police initial Reports, Files, or other documents, District Attorney files, created in and after the responses to such documents, Since May 21, 2000.

2.

Produce all and any Arrest warrants issued by a State Court For the arrest of the plaintiff on May 21, 2000.

SCANNED
SEP 12 2005
U.S. DISTRICT COURT MPLS

3.

Produce the Certificate of Parole issued by any and all Parole Board and its members, as stated in your Answer to the Complaint dated May 27, 2005.

4.

Produce the actual State Law, that authorized plaintiff to be place on parole, contrary to LSA-R.S. 14:64.(B)

5.

Produce All Transcripts of All hearings held and conducted by the Crow Wing County, District Court file No. K-7-00-1232

6.

Produce the entire Court records of the Crow Wing County, District Court file No: K-7-00-1232

7.

Produce the entire Public Defender Records of Case file No: K-7-00-1232

8.

Produce the full names and addresses of all arresting officers involve with the arrest of the Plaintiff on May 21, 2005

9.

Produce the full names and addresses of all persons that gave the initiate order to arrest the Plaintiff on May 21, 2005

10.

Produce the copies of All Laws and Authorities, that gave the defendants the right to abduct the Plaintiff from his home on May 21, 2000.

11.

Provide copies of All policies, Laws, Rules And Regulations concerning the procedural safe-guards; to insure that All and any, Arrest warrants are valid and Judicially Legal.

13.

Provide copies of All policies, Laws, Rules And Regulations, concerning the final authorization needed, to extradite A person before the Minnesota Supreme Court, had an opportunity to review and enter A final Judgment for extradition.

14

Provide what United State Code, authorizes the extradition of A Parolee to another State, without being accused, or [redacted] Committed A felony.

15.

Provide what authority, Laws or policies, that gives the District Attorney Office and its employees. The Power and Authority, to order a person to be released from the custody of the Sheriff, and Extradited before that person can fully exhaust his State and Federal Judicial Rights of Appeal and Remedies.

Executed this 26 day of July, 2005

Respectfully Submitted by

Jesus Carmona

Jesus Carmona, #105961
E. H. C. C. P.O. Box 174
St. Gabriel, La. 70776