United States District Court, Dist. of Minn.

State of Louisiana C.A. No: 00-2447 MJD/RLE

S. S.

RECEIVED
BY MAIL
SEP 1 3 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Parish of Iberville

Affidavit in Support of Motion to Compel/Sanction

Jesus Carmona, being duly sworn, deposes and says:

1.

I am the plaintiff in this case. I make this affidavit in support of my case and motion to compel with Sanction.

2.

On July 26, 2005, by post; I served John Sausen, through his counsel Jon K. Iverson, a Request for Discovery and Production. Which is hereby attached to this ~~Exhibit as~~ Affidavit as exhibit 1.

3.

Defendants responded to plaintiff request on September 1, 2005, with a denial, alleging fraudulent reasons to adequately produce said requested documents.

4.

On August 15, 2005, plaintiff was served with a Motion for Summary Judgment, which referred to genuine issues of Material Facts, of the requested documents and information requested.

5.

Defendants motion for Summary Judgment is premature and contains deliberate fraudulent statements and alleged facts. Which Plaintiff's discovery request request information; that is

SCANNED
SEP 1 2 2005
U.S. DISTRICT COURT MPLS

relevant, material and evidence, and which may contain other information pertinent to the issues in this case, etc.

6.

Defendants answers to plaintiff request, are deliberate and intentional denials, given in bad faith, to inflict needless and unnecessary, litigations upon the plaintiff; for information that federal Law allows and requires defendants to produce and answer truthfully.

7.

On May 21, 2000, while plaintiff Jesus Carmona, was Lawfully home. He was approached by an unidentified Deerwood City Police officer; with his gun fully Loaded and Drawn upon the Plaintiff.

8.

At all times relevant herein, This officer, while employed and Acting under the pretense and color of State Authority. Did by force abducted the Plaintiff on May 21, 2000, without any Legal Authority, probable Cause, or, pursuant to any Judicial Authority of an Arrest Warrant, issued by any State of the United States.

9.

At All times relevant herein, Plaintiff never consented to the abduction of May 21, 2000, by this police officer, and had always demanded to see any and all alleged Arrest warrants, which has repeatedly been denied by the defendants in this case.

10.

At All times relevant, Plaintiff was never paroled by any State of the United States.

11.

Pursuant to the issues raised and alleged by the Defendants

in their Motion to Dismiss and Summary Judgment, filed into this case. Plaintiff requests are Material, Relevant and is Admissible evidence in this case, pursuant to Rules 26, 34 and 37, of the Fed. R. Civ. Pro., and Fed. R. Evid.

12.

On February 5, 2001, the Defendants stolen plaintiff's Legal papers and court records from him, by physical force, and has not returned them to him. Despite several written demands by mail was made to Sheriff Dick Ross.

13

Defendants has unrestricted access to all documents and information, requested by Plaintiff.

14

None of Plaintiff requests, are requests of any: (1) Attorney work product; (2) Theories; (3) Legal conclusions or (4) not accessable to the Defendants.

15

Defendants fraudulently claimed they had previously provided the Arrest warrant and names and addresses, in a February 15, 2002, discovery Response. Knowingly the Defendants has not provided, but have deliberately withheld all or partial documents. This court Judicially made notes concerning said issues in its prior ruling.

16.

All information and documents requested, are Legal and admissible as evidence pursuant to Rules of the Fed. R. Evid. Defendants objections and reasons, are not Justifiable and made in bad faith.

17.

On Febeuary 5, 2001, Plaintiff was again obducted, by John Sausen, Dick Ross, Don Inward and Peter (Doe); without my consent or will. They conspired together to transport the plaintiff to the State of Louisiana, without any legal Authority in violation of the Constitution, Laws and Treaties of the Unites States, committing aggeavated Kidnapping of the Plaintiff.

18.

On February 5, 2001, Plaintiff Legal Attorney, Mark Anderson, called the Defendants, and personally informed them, that extraditing the plaintiff before allowing him to exhaust his State and federal Judicial Remedies; was illegal, and demanded them to return the Plaintiff back to their custody in Brainerd City Jail. Defendants flatly refused.

19

At all times relevant, Plaintiff has repeatedly informed the Defendants, in open Court, that he was never paroled, nor was he ever placed on Parole. Which the Defendants never proved or produce any type of Certificate of Parole, or Decision by any Parole board granting parole of the Plaintiff. Which Defendants are fraudulently claiming in this case.

20.

Defendants Fraudulently claiming the existence of an Arrest warrant and Parole Certificate, without any factual documents to support their allegations in this case.

21

Defendants answers to Plaintiff's discovery requests; which

They repeatedly states:

"This request is vague, irrelevant and does not lend to and is not calculated to lead to the discovery of admissible evidence." and "calls for attorney work product, theories and legal conclusions." and "a copy of all documents . . . was included with Defendants' Supplemental Response to Discovery dated February 15, 2002."

Plaintiff states are false and in violation of 18 U.S.C. § 1001 et seq.

22.

Plaintiff states that the answers made by the Defendants, as listed in paragraph 21 of this Affidavit are false and is made to harass, burden and cause needless litigations upon the Plaintiff, which are made in bad faith.

23.

Plaintiff states, that the requests made to the Defendants, are legal, pertinent and admissible evidence, before this court. That said requests are relevant to the material issues of facts alleged by the Defendants in their Motion to Dismiss and Summary Judgment, filed by them in this case.

24.

I, Jesus Carmona, declares under the penalty of perjury, the above statements are true and correct to the best of his knowledge and belief this 7 day of September, 2005

Respectfully Submitted by

Jesus Carmona

Jesus Carmona, #105961
E.H.C.C., P.O. Box 174
St. Gabriel, Louisiana 70776