AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MINNESOTA

Jesus Carmona

V.

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe) & Pete (Doe),

AMENDED
SUMMONS IN A CIVIL CASE

2005 MAY 10 P 3:10

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

CASE NUMBER: CV 00cv2447 (MJD/RLE)

RECEIVED
SEP 16 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

TO: (Name and address of Defendant)

See attached U S Marshal Service forms

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jesus Carmona #105961
3751 Lauderdale Woodyard Road
Kinder, Louisiana 70648

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Richard D. Sletten
CLERK

May 9, 2005
DATE

(By) DEPUTY CLERK

SCANNED
SEP 16 2005
U.S. DISTRICT COURT MPLS

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>Jesus Carmona | COURT CASE NUMBER<br>00-CV-2447 |
| DEFENDANT<br>Tim Friis | TYPE OF PROCESS |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brainerd Police Department

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
Brainerd, Minn 56401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jesus Carmona #105961
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648-5908

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold | Fold

OR, Deerwood Police Department
Deerwood, Minn.

RECEIVED U.S. MARSHAL ST. PAUL MN 2005 MAY 10 P 3:10

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | N Schmitt | 5/11/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| | |
|---|---|
| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (*complete only if different than shown above*) | Date of Service: 6-12-05 Time: am pm<br>Signature of U.S. Marshal or Deputy: N Schmitt |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | 8— | 8— | | | |

REMARKS:
5/11/05 USM-299

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Minnesota

TO: TIM FRIIS

Civil Action, File Number 00-2447

JESUS CARMONA
v.
JOHN SAUSEN ET AL

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and Minnesota State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 20 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 20 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

5/11/05
Date of Signature

[signature]
Signature *(USMS Official)*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

225 East River Rd
Street Number and Street Name or P.O. Box No.

Relationship to Entity/Authority to Receive

Brainerd MN 56401
City, ~~State and~~ Zip Code

Service of Process

[signature]
Signature

6-12-05
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03

City Hall
501 Laurel Street
Brainerd, Minnesota 56401

CITY OF BRAINERD

Mayor
(218) 828-2308
Fax (218) 828-2316

City Administrator
(218) 828-2307
Fax (218) 828-2316
admin@ci.brainerd.mn.us

Civil Attorney
411 Front Street
P.O. Box 367
(218) 828-2775
Fax (218) 829-9768

Criminal Attorney
510 Norwood Street
(218) 828-2311
Fax (218) 825-8922

City Engineer
(218) 828-2309
Fax (218) 828-2316
jhulsether@ci.brainerd.mn.us

Chief of Police
225 East River Road
(218) 829-2805
Fax (218) 825-3489

Fire Chief
Fire Station
23 Laurel Street
(218) 828-2312
Fax (218) 828-2331
brdfire@brainerd.net

City Planner
(218) 828-2309
Fax (218) 828-2316
planning@ci.brainerd.mn.us

Director of Parks & Recreation
1619 Washington Street N.E.
(218) 828-2320
Fax (218) 828-2791
staff@brainerdparks.com

Public Utilities
P.O. Box 373
Business
(218) 829-8726 · fax (218) 829-4703
Service
(218) 829-2193 · fax (218) 829-2308
email@bpu.org

RECEIVED
JUN 16 9 27 AM '05
US MARSHALS SERVICE
MPLS., MN

05-31-05

To: United States District Court
District of Minnesota
402 U.S Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Attention: Richard D. Sletten

From: Officer Tim G. Friis
Brainerd Police Department
Brainerd, MN 56401

Mr. Richard D. Sletten,

This letter is in response to a Summons of a Civil Rights Action Complaint I have received on May 30th, 2005, Civil Action File Number 00-2447, (Jesus Carmona v. Tim Friis).

On page 3, Part I, paragraph 5, it states that I, Tim Friis, am employed as a Deerwood City Police Officer, in Crow Wing County, State of Minnesota.

On page 4, Part II, paragraph 1, it states that Officer Tim Friis came to the home of the Plaintiff, with his gun loaded and fully drawn and pointing at the plaintiff. Arrested the plaintiff, without probable cause or lawfully issued arrest warrant or accusation of a criminal State of Federal violation. He falsely stated to plaintiff's fiancé, that he had a warrant for his arrest by the State of Louisiana. At which time, he had hand-cuffed the plaintiff and placed him in his squad car Plaintiff was then taken and delivered to the custody of Dick Ross, Sheriff for Crow Wing County, at: 304 Laurel St., Brainerd, Minn. 56401.

This letter is to inform you that I am employed by the City of Brainerd as a Patrol Officer and have been since June of 1999. I have never been employed by the City of Deerwood and have never worked as a Patrol Officer for the City of Deerwood. Also, I took no part in the arrest process of the Plaintiff, Jesus Carmona.

Sincerely,

Officer Tim G. Friis
Brainerd Police Department