**City Hall**
501 Laurel Street
Brainerd, Minnesota 56401

RECEIVED

JUN 16 9 27 AM '05

US MARSHALS SERVICE
MPLS., MN

05-31-05

To: United States District Court
District of Minnesota
402 U.S Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Attention: Richard D. Sletten

From: Officer Tim G. Friis
Brainerd Police Department
Brainerd, MN 56401

Mr. Richard D. Sletten,

This letter is in response to a Summons of a Civil Rights Action Complaint I have received on May 30th, 2005, Civil Action File Number 00-2447, (Jesus Carmona v. Tim Friis).

On page 3, Part I, paragraph 5, it states that I, Tim Friis, am employed as a Deerwood City Police Officer, in Crow Wing County, State of Minnesota.

On page 4, Part II, paragraph 1, it states that Officer Tim Friis came to the home of the Plaintiff, with his gun loaded and fully drawn and pointing at the plaintiff. Arrested the plaintiff, without probable cause or lawfully issued arrest warrant or accusation of a criminal State of Federal violation. He falsely stated to plaintiff's fiancé, that he had a warrant for his arrest by the State of Louisiana. At which time, he had hand-cuffed the plaintiff and placed him in his squad car Plaintiff was then taken and delivered to the custody of Dick Ross, Sheriff for Crow Wing County, at: 304 Laurel St., Brainerd, Minn. 56401.

This letter is to inform you that I am employed by the City of Brainerd as a Patrol Officer and have been since June of 1999. I have never been employed by the City of Deerwood and have never worked as a Patrol Officer for the City of Deerwood. Also, I took no part in the arrest process of the Plaintiff, Jesus Carmona.

Sincerely,

Officer Tim G. Friis
Brainerd Police Department

**Mayor**
(218) 828-2308
Fax (218) 828-2316

**City Administrator**
(218) 828-2307
Fax (218) 828-2316
admin@ci.brainerd.mn.us

**Civil Attorney**
411 Front Street
P.O. Box 367
(218) 828-2775
Fax (218) 829-9768

**Criminal Attorney**
510 Norwood Street
(218) 828-2311
Fax (218) 825-8922

**City Engineer**
(218) 828-2309
Fax (218) 828-2316
jhulsether@ci.brainerd.mn.us

**Chief of Police**
225 East River Road
(218) 829-2805
Fax (218) 825-3489

**Fire Chief**
Fire Station
23 Laurel Street
(218) 828-2312
Fax (218) 828-2331
brdfire@brainerd.net

**City Planner**
(218) 828-2309
Fax (218) 828-2316
planning@ci.brainerd.mn.us

**Director of Parks & Recreation**
1619 Washington Street N.E.
(218) 828-2320
Fax (218) 828-2791
staff@brainerdparks.com

**Public Utilities**
P.O. Box 373
Business
(218) 829-8726 · fax (218) 829-4703
Service
(218) 829-2193 · fax (218) 829-2308
email@bpu.org

Equal Opportunity Employer

*Printed on Recycled Paper*