AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MINNESOTA

Jesus Carmona

V.

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe) & Pete (Doe),

AMENDED SUMMONS IN A CIVIL CASE

2005 MAY 10 P 3 10

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

CASE NUMBER: CV 00cv2447 (MJD/RLE)

RECEIVED

SEP 16 2005

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

TO: (Name and address of Defendant)

See attached U S Marshal Service forms

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jesus Carmona #105961
3751 Lauderdale Woodyard Road
Kinder, Louisiana 70648

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Richard D. Sletten
CLERK

May 9, 2005
DATE

(By) DEPUTY CLERK

SCANNED
SEP 16 2005
U.S. DISTRICT COURT MPLS

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jesus Carmona | 00-cv-2447 |
| DEFENDANT | TYPE OF PROCESS |
| Officer Harvey (Doe) | |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brainerd Police/Sheriff Department

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
304 Laurel Street, Brainerd, Minn 56401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jesus Carmona #105761
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648-5908

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold | Fold

or/ Deerwood Police Department
Deerwood, Minn.

RECEIVED
U.S. MARSHAL
ST. PAUL MINN
2005 MAY 10 P 3:10

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | 41 | 41 | N Schmidt | 5/11/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service / Time am pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | 8- | 8- | | | |

REMARKS:
5/11/05 USM-299 — returned by Crow Wing Cty Sheriff
see attached envelope

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

MAY 19 9 58 AM '05

US MARSHALS SERVICE
MPLS., MN

OFFICER HARVEY DOE
304 LAUREL ST
BRAINERD, MN 56401

no officer Harvey

**ERIC KLANG**
SHERIFF
Crow Wing County
304 Laurel Street
BRAINERD, MINNESOTA 56401-3587

U.S. DEPT OF JUSTICE
U.S. MARSHALS OFFICE
300 S FOURTH ST STE 402
MINNEAPOLIS MN 55415-2255

X-RAYED
BY USMS

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF Jesus Carmona | COURT CASE NUMBER 00-CV-2447 |
| DEFENDANT Pete (Doe) | TYPE OF PROCESS |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brainerd Sheriff Office

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
304 Laurel Street, Brainerd, Minn. 56401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jesus Carmona #105961
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648-5908

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

Get New address from Sheriff
Deputy Pete (Doe) worked on feb 5, 2001 at
Time of incident

RECEIVED U.S. MARSHAL ST. PAUL MINN 2005 MAY 10 P 3:10

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | [signature] | 5/11/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*) | Date of Service / Time am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | 8— | 8— | | | |

REMARKS:
5/11/05 USM-299 — returned by Crow Wing Cty Sheriff
see attached envelope

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

MAY 19 9 58 AM '05

US MARSHALS SERVICE
MPLS., MN

PETE DOE
304 LAUREL ST
BRAINERD, MN 56401

No Pete "Doe"
Need specific name

**ERIC KLANG**
SHERIFF
Crow Wing County
304 Laurel Street
BRAINERD, MINNESOTA 56401-3587

U.S. DEPT OF JUSTICE
U.S. MARSHALS OFFICE
300 S FOURTH ST STE 402
MINNEAPOLIS MN 55415-2255

X-RAYED BY USMS

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Jesus Carmona
COURT CASE NUMBER: 00-CV-2447
DEFENDANT: Dick Ross, Sheriff
TYPE OF PROCESS:

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Brainerd Sheriff Office

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 304 Laurel Street, Brainerd, Minn. 56401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jesus Carmona #105961
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648-5908

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold

Get New Address from New Sheriff

Fold

2005 MAY 10 P 3:10
RECEIVED
U.S. MARSHAL
ST. PAUL MINN

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | N Schmidt | 5/11/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: Time: am pm

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
5/11/05 USM-299 — returned by Crow Wing Cty Sheriff
see attached envelope

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

MAY 13 9 58 AM 03

US MARSHALS SERVICE
MPLS., MN

DICK ROSS
304 LAUREL ST
BRAINERD, MN 56401

No longer Employed

Retired

**ERIC KLANG**
SHERIFF
Crow Wing County
304 Laurel Street
BRAINERD, MINNESOTA 56401-3587

U.S. DEPT OF JUSTICE
U.S. MARSHALS OFFICE
300 S FOURTH ST STE 402
MINNEAPOLIS MN 55415-2255

X-RAYED BY USMS