UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesus Carmona, Case No. 00-2447 MJD/RLE

Plaintiff,

vs. **AFFIDAVIT OF JON K. IVERSON**

John Sausen et al.,

Defendants.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Jon K. Iverson, duly sworn upon oath, states and alleges as follows:

1. I am an attorney duly licensed to practice in the State of Minnesota and before this Court. I represent the defendants John Sausen, Don Inwards, Marshall Prescott, Rod Mcculley, Dick Ross, Harvey Doe and Pete Doe in the above-entitled matter.

2. Attached here to as Exhibit A is a true and correct copy Defendant Dick Ross' Supplemental Responses to Plaintiff's Discovery Requests and Affidavit of Service dated February 15, 2002.

FURTHER THIS AFFIANT SAYETH NOT.

S/Jon K. Iverson
Jon K. Iverson

Subscribed and sworn to before me
September 28, 2005.

s/Adam N. Olsen
Notary Public