UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesus Carmona,

Plaintiff,

vs.

John Sausen, et al,

Defendants.

Case No. 00-2447 MJD/ESS

**CERTIFICATE OF SERVICE**

---

I hereby certify that on September 28, 2005, I caused the following documents:

Defendants' Memorandum In Opposition to Plaintiff's Motion to Compel and Affidavit of Jon K. Iverson

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John S Garry john.garry@state.mn.us

Jon K Iverson jiverson@iversonlaw.com, jiverson@mn.rr.com

Kafi C Linville klinville@tkz.com, alawrence@tkz.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Jesus Carmona, Pro Se, #105961
E.H.C.C. P.O. Box 174
St. Gabriel, LA 70776

IVERSON REUVERS

Dated: September 28, 2005

By: s/Jon K. Iverson
Jon K. Iverson, #146389
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200