RECEIVED
BY MAIL
OCT 11 2005
CLERK US DIST COURT
MINNEAPOLIS MN

United States District Court
District of Minnesota

Jesus Carmona

us

John Sauson, ETAL

Civil Action No. 00-2447
MJD/RLE

SCANNED
OCT 11 2005
U.S. DISTRICT COURT MPLS

Plaintiff's Rebuttal to Defendant's Opposition to Motion to Compel

Now into Court comes, Jesus Carmona, who respectfully rebut defendants' opposition to Plaintiff's Motion to Compel Discovery; for the following reasons to wit:

I

Genuine issue of material fact

-a-

On October 4, 2005 plaintiff received in the mail, the defendants' frivolous opposition, which attached exhibits that support plaintiff's claims of: (1) Kidnapping; (2) False arrest; (3) no actual authorized arrest warrant, (4) No Parole certificate; (5) No parole contract; etc., inter alia.

-b-

Defendants' opposition does not address the issues and authorities cited in plaintiff's Motion and Memorandum. In fact, the defendants' continues in "bad faith," make fraudulent statements and rest their faith upon fraudulent documents that are not legal, nor lawful within the spirit, ambits

and purviews of American jurispudence. In fact, defendants answers are criminal and violates the Constitution, Laws and Treaties of the United States.

- C -

Plaintiff requested production of all and any legal arrest warrants, issued by a Justice or Court. Instead, the defendants, produce: (1) Arrest warrant issued by an unidentifiable Louisiana Parole board member; (2) A complaint dated May 23, 2000, signed by Tim G. Friis; John Sausen and John R. Leitner.; (3) a Parole Condition, not signed or approved by any Parole Board, member or agent, to constitute a Legal And binding contract upon the plaintiff; (4) A "Diminution of Sentence," not "Parole" form, also not signed or approved by Any Parole Board Member, to constitute A Legal And Valid Parole Certificate; and (5) copies of Rendition Warrants, issued without Any Legal Arrest warrant to support Any Extradition. See Defendants Exhibits They attached as Doc # Crow Wing 1, Through 18, inclusive; (6) A Notice of execution of Arrest warrant, without any arrest warrant attached, See Doc. # Crow Wing # 10; and last, but not least, (7) Defendants' submit as evidence of Fraud made by John Sausen, noted as Doc. Crow wing 12, a letter to Terry Sanders, Dept. of Pub. Safety + Corrections, of La. Fraudulently stating:

> "Judge Ten Eyck's decision that Carmona is to be extradited to the State of Louisiana pursuant to the Governor's Warrant. He has now exhausted all appeal options." Dated January 30, 2001.

Its an undisputed Fact, and Judicial Notice Fact; that, Plaintiff did not fully exhaust all his State and Federal Appeal remedies. (1) The Minnesota Supreme Court did not reject Plaintiff's appeal until March 13, 2001, Sup. case No. C7-00-1487 (2) Plaintiff Filed Federal Writ of Habeas Corpus on June 12, 2000 and the court Dismissed "Without prejudice" on June 26, 2000, pending exhaustion of State remedies. See Carmona v. Ross, Case No. 00-1450 (USDC, Minn. 2000). Fraud is the misrepresentation or suppression of the Truth to obtain an unjust advantage and a Loss and Detriment to the other Party. See Second Restatement of Fraud and 3 Dunnell, Dig + Supp.

- d -

All documents and information requested by the Plaintiff are within the ambits and purviews, of relevant discovery requests and admissible as evidence pursuant to the Federal Rules of Evidence. Defendants, are acting in "bad Faith" and has deliberately, without Just cause. Denied and obstructed Plaintiff Due Process right to Discovery.. Defendants are intentionally, by fraudulent reasons of denial; refusing to produce the requested Documents and Informations; That are ~~all~~ admissible and permissible by Federal and Constitutional Law.

Conclusion

Plaintiff avers, that pursuant to State and Federal

Constitution and Laws, he is entitled to the requested Discoveries and Sanctions.

There's nothing vague or irrelevant about plaintiff's requests, and the Defendants has not faithfully responded to his requests. The Documents, the defendants attached as exhibits are not legal in any form and does not legally represent Lawful documents to support any of their fraudulent claims of defenses.

Plaintiff is entitled to Order to Compel and reasonable attorney fees in this Matter.

Plaintiff is also entitled to a hearing to Show Cause why criminal charges should not be prosecuted against the Defendants for their fraudulent claims and opposition.

I, Jesus Carmona, states that the above Statements are true and Correct, to the Best of his Knowledge and Belief under the penalty of perjury this 5 Day of October, 2005

Respectfully Submitted
Jesus Carmona
Jesus Carmona, #105961
E.H.C.C., P.O.Box 174
St. Gabriel, La. 70776

Certificate of Service

I, hereby certify that a copy of the above Rebuttal has been duly served upon Jon K. Iverson Attorney for Defendants, by placing same in the U.S. Mail this 5 Day of October, 2005

S/ Jesus Carmona
Jesus Carmona, #105961

Jesus Carmona, #105961
Golf-1-B-#53
E.H.C.C., P.O. Box 174
St. Gabriel, La.
70776

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.37⁰
0004381067 OCT 05 2005
MAILED FROM ZIP CODE 70776

Clerk of Court
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, Minn
55415

RECEIVED
BY MAIL
OCT 11 2005
CLERK US DIST COURT
MINNEAPOLIS MN

55415+1320-99 C096