00-2447 MJD/RLE

Jesus Carmona, # 105961
E.H.C.C., P.O. Box 174
St. Gabriel, La. [illegible]
70776

RECEIVED
BY MAIL
NOV 07 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Clerk of Court
U.S. District Court
District of Minnesota
300 South Fourth Street
Minneapolis, Minn
55415

SCANNED
NOV - 8 2005
U.S. DISTRICT COURT MPLS