RECEIVED
BY MAIL
NOV 28 2005
CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
District of Minnesota

Jesus Carmona C.A. No. 00-2447
us CV MJD/RLE
Dick Ross

To Clerk of Court Date November 22, 2005

1. Can you please send me a complete Docket Master Sheet, of the above caption case.

2. Also, in another case No. 00-1450, I had filed a notice of appeal, in which, I was sent an application for forma Pauperis. I immediately had completed the application and returned it to you. But, I was never notified of the court's decision and appeal number of the 8th cir. Can you informed me what happen?

Thank you
S/ Jesus Carmona
Jesus Carmona # 105961
E.H.C.C., P.O. Box 174
HWY 74
St Gabriel, La. 70776

SCANNED
NOV 28 2005
U.S. DISTRICT COURT ST. PAUL

Jesus Carmona, #105961
E.H.C.C., P.O. Box 174
HWY 74
St. Gabriel, La. 70776

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004381067
$ 00.37⁰
NOV 22 2005
MAILED FROM ZIP CODE 70776

**RECEIVED**
BY MAIL

NOV 28 2005

CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court
U.S. District Court, District of Minnesota
700 Federal Building
316 North Robert Street
St. Paul, Minn
55101

55101+1495