# UNITED STATES DISTRICT COURT
## District of Minnesota

***RESPOND TO:***

( XX ): 700 Federal Building, 316 North Robert Street, St. Paul, MN 55101; Phone (651) 848-1100

| | |
|---|---|
| **Date: November 29, 2005** | |
| **Jesus Carmona** 00-CV-2447 (MJD/RLE) | |
| | |
| XXX | Enclosed is a courtesy copy of the docket sheet per your letter request. All further copy requests will require a fee of $.50 per page |

Deputy Clerk _Vickie___