United States District Court

District of Minnesota

Jesus Carmona Civil Action No: 00-2447

vs

Dick Ross, ETAL

Motion for Production of documents

May it please this Honorable Court:

Now into Court, comes the plaintiff Jesus Carmona, Who respectfully moves this court for the production of the defendant's Tim Friis, answers filed into this honorable court.

On November 30,2005, plaintiff was informed by this court, that defendant Tim Friis, has filed an answer into this court, yet he failed to serve the plaintiff with a copy of such.

Pursuant to Fed.R.Civ.P., Tim Friis, was responsible to serve the plaintiff with a copy of his answers. He failed to do this, and plaintiff has a due process notice right, guaranteed by the Due Process and Equal Protection of the laws, clauses of the United states Constitution.

Plaintiff doesn't even have an address to serve Tim Friis, any documents or motions. Plaintiff was never informed of his address, nor did the U.S. Marshal Service, served plaintiff with any type of notice of service upon the defendants in this case.

Plaintiff is indigent and his status since his abduction of May 21,2000, has never changed.

Plaintiff also request a full and complete copy of this

SCANNED DEC 12 2005 U.S. DISTRICT COURT DULUTH

court's **Local Rules**, because he has no other access to the local rules it has mentioned in it's prior ruling, informing the plaintiff of Tim Friis's answer to the complaint.

## Conclusion

Plaintiff prays this honorable court grant plaintiff the production of the above requested documents free of charge; or at Tim Friis expense, for his failure to serve the plaintiff with a copy of his answers filed into court as required by federal rules of civil procedures.

Executed this 2nd day of december,2005.

Respectfully Submitted By,

S/ Jesus C

Jesus Carmona, # 105961
E.H.C.C., P.O.Box 174, HWY 74
St. Gabriel, Louisiana
70776

## Certificate of Service

I, hereby certify that I can not serve defendant Tim Friis, a copy of the above motion, cause plaintiff was never informed of his address, to properly serve him with a copy. Therefore, plaintiff submits a second original copy of the above motion with this clerk of court, to serve defendant Tim Friis a copy.

Executed this 2, day of December,2005.

Respectfully yours,

S/ J. C

Jesus Carmona, # 105961

United State District Court
District of Minnesota

Jesus Carmona C.A. No: 00-2447

vs

Dick Ross, ETAL

RECEIVED BY MAIL

DEC 08 2005

Clerk, U.S. District Court
Fergus Falls, Minnesota

To: Clerk of Court
U.S. District Court
District of Minnesota
212 Federal Bldg
118 South Mill Street
Fergus Falls, Minn. 56537

Date 12/2/05

Dear Clerk of Court

Please find to original copies of my motion for production of Documents.

Please fill into Court. I sent a second copy to be served upon Defendant Tim Friis. I was never informed of his mailing address. (See Certificate of Service)

Respectfully Submitted

Jesus Car[signature]

Jesus Carmona, 105961
E.H.C.C., P.O. Box 174, HW474
St. Gabriel, La. 70776

Jesus Carmona, #105961
E.H.C.C., P.O. Box 174
Hwy 74
St. Gabriel, La.
70776

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.37⁰
0004381067 DEC 02 2005
MAILED FROM ZIP CODE 70776

Clerk of Court
United States District Court
District of Minnesota
212 Federal Building
118 South Mill Street
Fergus Falls, Minnesota
56537

RECEIVED BY MAIL
DEC 08 2005
Clerk, U.S. District Court
Fergus Falls, Minnesota

56537+2576