United States District Court

District of Minnesota

Jesus Carmona Civil Action No. 00-2447

vs

Dick Ross, Etal

RECEIVED BY MAIL
DEC 08 2005
Clerk, U.S. District Court
Fergus Falls, Minnesota

Plaintiff's request for Interrogatories and for Production of documents

To: John Sausen, Defendant
Attorney for the Defendant,
**Iverson reuvers**
9321 Ensign Ave., south
Bloomington, minnesota
55438

Pursuant to Rule 33 and 34, Fed.R.Civ.P., the plaintiff submits the following interrogatories and requests for documents to the Defendant, John Sausen.

You are directed to answer each of the interrogatories in writing under Oath, and produce each of the requested documents for inspection and copies, etc., within 30 days from date of service.

Plaintiff further request that all responses and productions , be supplemented and/or amended as the appropriate and required by the Federal Rules of Civil Procedure. Each interrogatory and request for documents, is addressed to all such information as is available to you including, but not limited to your own personal knowledge and that of your attorneys, investigators, agents, employees and other representatives.

SCANNED
DEC [illegible] 2005
U.S. DISTRICT COURT DULUTH

**DEFINITIONS**

When used in these Interrogatories, the following terms are defined as set out below:

"You" or "Your" means the individual(s) designed in this suit, to whom these interrogatories are directed (namely all Defendants), and all representatives, attorneys, or other parties acting on behalf of said defendant(s).

"Identify," when used with regard to a person, company or corporation means to state the name of the person, company or corporation's current or last known address, telephone number and employment (both present employment and employment at times material to the occurrences giving rise to the complaint).

"Identify," when used with regard to a document or other tangible time or thing means to describe the document by date, title, addressee, and the name and present or last known address(s) of each person known to possess a copy of said document, and the nature of each such document or thing-i.e., photograph, motion picture, video tape, chart, graph, blue print, schematic diagram, document, pamphlet, book, policy, treatise or other publication.

"Document," means any written, taped, or recorded matter, however produced or reproduced.

"Explain in Detail," when used with regard to (1) phrase(s); (2) word(s); or (3) sentence(s); which you have an objection to. Means to specifically: "Identify," the percise "phrase," "word," or "sentence," you are objecting to or do not understand, so plaintiff can give a clarity of it. Specially when implying the terms: (1) vague(ness); (2) frivolous; (3) irrelevant etc., as your reasons for said denial or objection. This includes any **"past or present,"** questions or requests, made to you previously and now; therefore, any objections made by you

or your attorney(s) in the past, are being called upon you to fully explain your exact reasons for making them, so that plaintiff can clarify the mis-understandings; so you can complete said past requests propounded to you.

"Public Policy," when used in regard to any document(s).. Means any written, published or orally made as a law, regulation, policy, directive, rule, custom, practice, order, procedure etc., referring, describing or explaining the : duties, obligations, liabil-ities, care or maintenances, of their employ-ment.

## INTERROGATORIES

**Item No: 1.**

Identify the exact document that gave you the authority to arest and detain the plaintiff on May 21,2000.?

If any document is involve, produce a complete legible copy of such; giving the full name, official title, address, telephone number of the person(s); issuing; making or authorizing the alleged document in question?

If none exist, please explain in detail why none exist?

**Item No. 2.**

Identify the person or **"Public Policy,"** that gave you the power and authority to send the plaintiff, to the State of Louisiana on February 5,2001?

If there is a "public policy," produce a full and complete legible copy of such.

If none exist, explain in detail, why you allowed the plaintiff to be removed from the jail and sent to the State of Louisiana, on February 5,2001.

Item No. 3

Explain in detail, who told you on January 30, 2001, that plaintiff had fully "exhausted all his appeal options."? (Refer to your Letter faxed to Terry Sanders on Jan. 30. 2001)

Give full name, address, telephone number, of the person(s) giving you this information, and their Job title.

If there is a Law, produce a full and complete, Legible copy of such.

Item No. 4

Explain in detail, and Identify all and any person(s) including date and time; of all and any statements, oral or documented, which Lead and cause plaintiff, to be abducted from his home in Deerwood, on May 21, 2000?

If any documents was recorded and made; produce A full and Complete copy of such; giving the name, address, Telephone number, and their authority to take and make said document(s), specifically identifying each document as To what they are representing.

Item No. 5

Explain in detail, how you learned plaintiff wanted to represent himself in court; for which you alleged in your brief before the Appellate Court.

Identify all and any person(s), giving you this information, if its in writing, or recorded electronically and documented produce a full and complete Legible copy of such.

Item No. 6.

Explain in detail, the extent of your Education, including the dates and places, where your education was obtained; IF you practice a License profession, Specifically identify the County and State you practice in; giving the names, addresses and Telephone numbers, of all your present and past employers;

If any complaints, suits and disciplinary actions was filed against you; Produce a full and complete legible copies of said actions; and any changes in Status because of such; including the final dispositions of said actions against you.

Item No. 7.

Explain in detail, your participation and obligations, which you play a part of; pretaining to the incidents, events and actions, presented in the Complaint; including any investigations you personally conducted in prosecuting the plaintiff.

If any documentation was made, recorded or taped, produce a full and complete Legible copies of such.

Item No. 8.

Identify each and every document(s); exhibits; or other tangible item or thing, which you intend to introduce in Court and trial, of this matter; including all and any person(s) you intend to call upon as witness or expert.

Item No. 9

Identify and produce any and all, public policies, Laws, Rules, Regulations, directives, customs and practices, that allowed and gave you the Authority and power, to Abduct the Plaintiff From his home, in Deerwood City, Minnesota on May 21, 2000.

If none exist, explain in detail why none exist.

Item No. 10.

Explain in detail, When plaintiff repeatedly demanded, that you, produce an arrest warrant, that was issued by any neutral and disinterested Magistrate or Judge. You repeatedly refused to produce one.

If none existed, explain why you refused to release the plaintiff, each and every time he demanded his immediate Release from custody.

Item No. 11.

Explain in detail, What Minnesota State Statute or Criminal Code, did the Plaintiff violated or was accused of, on May 21, 2000.

If none exist, explain why Plaintiff was abducted and imprisoned on May 21, 2000.

Produce any and all, documentation, investigation reports, and Police Reports, made concerning Plaintiff's imprisonment, including The full names, addresses and telephone numbers of all enforcement officers involve.

Item No. 12.

Explain in detail, why on August 14, 2001, you allowed plaintiff to forgo an extradition hearing, without legal representation, and against his will and consent for legal representation on that date and time.

If there is a law, where a corrupted Judge, can force an indigent person to forgo Trial without a court appointed attorney, and against his demand for one. Produce a full and complete copy(s) of such law(s)

Also, provide any and all, laws that, allow you to sit and let this Judge knowingly violate plaintiff's constitutional right, to court appointed attorney; without you intervening and protecting plaintiff's civil rights

Item No. 13

If any part of the above interrogatories and requests for production of documents; you don't understand or deny; Explain in detail, and specifically identify what part of the questions or requests, you have trouble understanding. If it is a word, phrase or statement; be specific so that Plaintiff can clarify the issue to you.

If you deny and part, be specific and fully explain you reasons why you are denying said issue(s).

This discovery request is continuous, and subject to further requests depending on your answers and documents you produce; and on going.

Executed this 30 Day of November, 2005

Respectfully Submitted by
Jesus Carmona
Jesus Carmona, #105961
E.H.C.C., P.O. Box 174
HWY 74
St. Gabriel, La. 70776

Certificate of Service

I, hereby certify that a copy of the above discovery requests, has been duly served upon the defendant's attorney, by placing the same in the U.S. Mail. This 30 Day of November, 2005

Respectfully
Jesus Carmona
Jesus Carmona, #105961

Jesus Carmona, #105961
E.H.C.C., P.O. Box 174
Hwy 74
St. Gabriel, La.
70776

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.60[0]
0004381067 NOV 30 2005
MAILED FROM ZIP CODE 70776

**RECEIVED BY MAIL**

DEC 08 2005

**Clerk, U.S. District Court**
**Fergus Falls, Minnesota**

Clerk of Court
United States District Court
District of Minnesota
212 Federal Building
118 South Mill Street
Fergus Falls, Minn
56537

56537+2576-99 C001