UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Jesus Carmona,

Plaintiff,

vs. ORDER

Dick Ross, et al.,

Defendants. Civ. No. 00-2447 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiff's Motion to Compel the Production of Documents and, upon the routine supervision of cases in this Division.

In our Order of November 21, 2005, we noted that we had indulgently construed a letter, that was submitted to the Court by the Defendant Tim Friis ("Friis"), as an Answer to the Plaintiff's Complaint. The Plaintiff has since advised that he was never served with a copy of Friis' Answer, and has requested that the Court provide him with a copy of that pleading.

Our review of the file reveals that no Certificate of Service has been filed by Friis, which would disclose that his Answer was, in fact, served upon the Plaintiff. Rule 5(a), Federal Rules of Civil Procedure requires that "every pleading subsequent to the original complaint * * * shall be served upon each of the parties," and Rule 5(d), Federal Rules of Civil Procedure, requires that a "Certificate of Service" be filed with the Court "within a reasonable time after service."

Since Friis, and not the Court, bears the responsibility of serving the Plaintiff with his Answer, we deny the Plaintiff's request that we provide him with a copy of that pleading. Instead, we direct Friis to serve the Plaintiff with a copy of his Answer, in accordance with Rule 5(b), Federal Rules of Civil Procedure, and to file with the Court a Certificate of Service, **by no later than ten (10) days from the date of this Order**. Friis is forewarned that his failure to comply with the directives of this Order may result in his pleading being stricken from the Record.[1]

[1]In his Appeal to the District Court, the Honorable Michael J. Davis presiding, from our Order of November 21, 2005, the Plaintiff requests that Friis' Answer be stricken from the Record, as a result of Friis' failure to serve him with a copy of that pleading, and that a Default Judgment be entered. Since the Plaintiff's request to strike is presently before the District Court, we decline to address the merits of the request at this time.

The Plaintiff further requests that the Court provide him with a copy of the Local Rules of this District. In support for this request, the Plaintiff represents that he has not been able to gain access to the Local Rules at his place of incarceration, which is located in St. Gabriel, Louisiana. While a copy of the Local Rules is readily obtainable from a link on the website that is maintained by the District Court for the District of Minnesota,[2] we are mindful of the Plaintiff's previous representations that he does not have "adequate, effective, or meaningful access to * * * internet." See, Plaintiff's Memorandum of Law in Support of Motion to Compel, at p. 4, Docket No. 92. Accordingly, we grant this portion of the Plaintiff's Motion, and direct the Clerk of Court to send one copy of the Local Rules to the Plaintiff.

It has also come to our attention that Friis did not receive notice of our Order of November 21, 2005, which set forth a Briefing Schedule for all dispositive Motions for the Plaintiffs' claims against Friis. Accordingly, we will extend the deadlines contained in that Order, in accordance with the attached briefing schedule.

NOW THEREFORE, It is --

---

[2]The address for the website is "http://www.mnd.uscourts.gov."

ORDERED:

1. That the Plaintiff's Motions for the Production of Documents [Docket No. 107] is GRANTED, in part, and DENIED, in part, as further discussed in the text of this Order.

2. That within ten (10) days from the date of this Order the Defendant Tim Friis is directed to serve upon the Plaintiff a copy of his Answer, and to file a Certificate of Service with the Clerk of Court.

3. That the Clerk of Court is directed to send to the Plaintiff one copy of the Local Rules for the United States District Court for the District of Minnesota.

4. That all dispositive Motions, concerning the Plaintiff's claims against the Defendant Tim Friis, together with their supporting Memoranda, Affidavits and Exhibits, shall be served and filed **by no later than January 16, 2006.**

5. That all Memoranda in opposition to any dispositive Motion, concerning the Plaintiff's claims against the Defendant Tim Friis, together with their Affidavits and Exhibits, shall be served and filed **by no later than February 16, 2006**.

6. That all Reply Memoranda shall be served and filed **by no later than March 2, 2006**. The parties are reminded that all other evidentiary submissions, may be served in conjunction with a Reply Memorandum, unless express leave has been

obtained, in advance, from the Court. See, L.R.7.1(b)(1)(C), Local Rules for the United States District Court for the District of Minnesota.

7. That there shall be no Hearing on the Motions presented by the parties, unless the Court determines that oral argument is essential to secure the just, speedy, and inexpensive determination of this action. See, Rule 1, Federal Rules of Civil Procedure.

BY THE COURT:

Dated: December 16, 2005

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE