UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesus Carmona,
MJD/RLE

Case No. 00-2447

Plaintiff,

**CERTIFICATE OF SERVICE**

vs.

Dick Ross, et al,

Defendants.

---

I hereby certify that on December 23, 2005, I caused the following documents:

ANSWER TO COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

N/A

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Jesus Carmona #105961
E.H.C.C. P.O. Box 174
St. Gabriel, LA 70776

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

N/A

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

N/A

IVERSON REUVERS

Dated: December 23, 2005

By s/Jon K. Iverson

Jon K. Iverson, #146389
Attorney for Defendant Friis
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200