# UNITED STATES DISTRICT COURT

## District of Minnesota

***RESPOND TO:***

| | | |
|---|---|---|
| ___ | U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101 | Phone (651) 848-1100 |
| ___ | U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis., MN 55415 | Phone (612) 664-5000 |
| X | U.S. District Court, 417 Federal Building, 515 W. First St., Duluth, MN 55802 | Phone (218) 529-3500 |
| ___ | U.S. District Court, 212 U. S. Post Office, 118 South Mill St., Fergus Falls, MN 56537 | Phone (218) 739-5758 |

| | |
|---|---|
| **DATE:** December 27, 2005 | **CIVIL FILE NUMBER:** 00-CV-2447 (MJD/RLE) |
| **CASE TITLE:** Carmona v. Ross, et al | |

| | | |
|---|---|---|
| x | Discovery documents are returned pursuant to Federal Rule of Civil Procedure 5(d). | |
| | OTHER: | |

Deputy Clerk: s/Jenny

Jenny