UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jesus Carmona,

Plaintiff,

vs.

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe), and Pete (Doe),

Defendants.

Civil File No. 00-2447 MJD/RLE

**MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY OF DEFENDANTS VENTURA, HATCH, TEN EYCK, HERMERDING, AND CUMMINGS**

TO: Plaintiff pro se Jesus Carmona, #105961, E.H.C.C., P.O. Box 174, St. Gabriel, LA 70776.

Defendants Jesse Ventura, Mike Hatch, David Ten Eyck, David Hermerding, and Jennifer Cummings hereby move the Court for a protective order staying discovery of these Defendants pending a decision on their motion to dismiss Plaintiff's second amended complaint.

This motion is made pursuant to Fed. R. Civ. P. 26(c) and is based upon the files, records and proceedings herein, including the memorandum of law filed and served herewith.

Dated: December 28, 2005

**s/ John S. Garry____**
John S. Garry
Bar Number 208899
Mike Hatch
Attorney General
State of Minnesota
Attorneys for Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

AG: #1536413-v1