UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jesus Carmona,

Plaintiff,

vs.

John Sausen, et al.,

Defendants.

Civil File No. 00-2447 MJD/RLE

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY OF DEFENDANTS VENTURA, HATCH, TEN EYCK, HERMERDING, AND CUMMINGS**

I, John S. Garry, certify that the Memorandum of Law in Support of Motion for Protective Order Staying Discovery of Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings complies with Local Rule 7.1(c), (e). I also certify that, in preparation of this memorandum, I used Microsoft Word Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced memorandum contains 609 words.

Dated: December 28, 2005

**s/ John S. Garry____**
John S. Garry
Bar Number 208899
Mike Hatch
Attorney General
State of Minnesota
Attorneys for Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

AG: #1536539-v1