UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jesus Carmona,

Plaintiff,

vs.

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe), and Pete (Doe),

Defendants.

Civil File No. 00-2447 MJD/RLE

**AFFIDAVIT OF JOHN S. GARRY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY OF DEFENDANTS VENTURA, HATCH, TEN EYCK, HERMERDING, AND CUMMINGS**

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

JOHN S. GARRY, being first duly sworn, states that:

1. I am an Assistant Minnesota Attorney General and represent the State Defendants (Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings) in this action.

2. Plaintiff Jesus Carmona has served interrogatories, and related requests for production of documents, on each of the State Defendants. I received these discovery requests from Plaintiff by mail in the period from December 13, 2005, to December 27, 2005.

3. In an effort to resolve this dispute without the Court having to rule on the State Defendants' motion for a protective order, I mailed Plaintiff a letter today requesting that he inform the Court and me in writing by January 10, 2006, if he does not oppose a stay of discovery of the State Defendants pending a decision by the Court on their motion to dismiss.

FURTHER YOUR AFFIANT SAYETH NOT.

**s/ John S. Garry____________**
JOHN S. GARRY

Subscribed and sworn to before me
on this 28th_____ day of December, 2005.

s/ Linda A. Ratay______________
Notary Public

AG: #1536489-v1