UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jesus Carmona,

Civil File No. 00-2447 MJD/RLE

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe), and Pete (Doe),

Defendants.

I hereby certify that on December 28, 2005, I caused the following documents:

1. Motion for Protective Order Staying Discovery of Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings;

2. Memorandum of Law in Support of Motion for Protective Order Staying Discovery of Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings;

3. Affidavit of John S. Garry in Support of Motion for Protective Order Staying Discovery of Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to attorney Jon K. Iverson.

I further certify that I caused a copy of the foregoing documents, the Notice of Electronic Filing, and the Proposed Order to be mailed on December 28, 2005, by first class mail, postage paid, to the following non-ECF participant:

Jesus Carmona
#105961
E.H.C.C.
P.O. Box 174
St. Gabriel, LA 70776

I also certify that I e-mailed a copy of the Proposed Order to Jon K. Iverson on December 28, 2005.

Dated: December 28, 2005

**s/ John S. Garry**
John S. Garry
Bar Number 208899
Mike Hatch
Attorney General
State of Minnesota
Attorneys for Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

AG: #1536476-v1