# UNITED STATES DISTRICT COURT

## District of Minnesota

***RESPOND TO:***

| | | |
|---|---|---|
| ___ | U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101 | Phone (651) 848-1100 |
| ___ | U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis., MN 55415 | Phone (612) 664-5000 |
| X | U.S. District Court, 417 Federal Building, 515 W. First St., Duluth, MN 55802 | Phone (218) 529-3500 |
| ___ | U.S. District Court, 212 U. S. Post Office, 118 South Mill St., Fergus Falls, MN 56537 | Phone (218) 739-5758 |

**DATE:** 12/29/05 **CIVIL FILE NUMBER:** 00cv2447 MJD/RLE

**CASE TITLE:** Carmona v. Ross et al

| | |
|---|---|
| | The above entitled action was: ___ removed from county court, ___ transferred from another district, and filed in ___ Minneapolis___ St. Paul ___ Duluth, on ____________ , and assigned to Judge ____________ and to Magistrate Judge ____________ Please direct future filings to the office indicated at the top of this form. |
| | The above entitled action was filed in this court on ____________, and assigned to Judge ____________ and referred to Magistrate Judge ____________ The file will be maintained at the Clerk's office in the District of Minnesota in ____________ Please note for future reference. cc to: |
| | Discovery documents are returned pursuant to Federal Rule of Civil Procedure 5(d). |
| | A certified copy of the Order of Remand is enclosed. |
| | The above entitled action is being transferred to your court pursuant to Order of Judge ____________ filed on ____________ A certified copy of the order and the docket sheet are included. You can obtain the original record by accessing CM/ECF through PACER. Please acknowledge receipt by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | A Bill of Costs is to be submitted on Form AO133. The form, and a guide entitled "Taxation of Costs in a Civil Case in the United States District Court for the District of Minnesota" for use by attorneys and legal staff are available on our website: www.mnd.uscourts.gov. |
| | Your original documents are returned as <u>copies</u> of state court documents were submitted upon removal of the action to federal court. |
| | The above entitled action was filed with an in forma pauperis (IFP) application from __. Each plaintiff must submit an IFP application of his/her own. We did not receive an IFP application from ___ so we have enclosed an IFP application for each to complete and file with the court. Any delay in filing the required IFP application(s) may delay the resolution of this case. |
| | Your in forma pauperis application was approved. Please complete the enclosed Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form. Service cannot be performed until these completed forms have been received by the clerk's office. |

| | | |
|---|---|---|
| X | OTHER: | **The Clerk of Court does not accept for filing the documents enclosed--"Plaintiff's Interrogatories and Request for Production of Documents." Therefore, we are returning your documents to you.** |

Deputy Clerk: ____________________