UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesus Carmona, Case No. 00-2447 MJD/RLE

Plaintiff,

**MOTION**

vs.

John Sausen, David Ten Eyck,
David Hermerding, Jennifer Cummings,
Tim Friis, Jesse Ventura, Mike Hatch,
Don Inwards, Marshall Prescott,
Rod McCulley, Dick Ross, Harvey (Doe)
and Pete (Doe),

Defendants.

---

TO: Plaintiff Jesus Carmona, Pro Se, #105961, E.H.C.C. P.O. Box 174, St. Gabriel, LA 70776.

**MOTION**

Defendant Tim Friis moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as there is no genuine issue as to any material fact and Defendant Tim Friis is entitled to judgment as a matter of law.

IVERSON REUVERS

Dated: January 13, 2006

By s/ Jon K. Iverson
Jon K. Iverson, #146389
Attorney for Defendant Tim Friis
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200