UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesus Carmona,

Plaintiff,

vs.

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe) and Pete (Doe),

Defendants.

Case No. 00-2447 MJD/RLE

**AFFIDAVIT OF TIM FRIIS**

---

STATE OF MINNESOTA )
:ss
COUNTY OF CROW WING)

Tim Friis, after being duly sworn upon an oath, does hereby depose and state that:

1. I am currently employed as a police officer of the City of Brainerd Police Department
2. I have never been employed by the City of Deerwood.
3. On May 21, 2000, I was employed as a police officer for the City of Brainerd.
4. I have never had any contact with Jesus Carmona.
5. I have never pointed a gun at Jesus Carmona or been in Jesus Carmona's home.
6. I have never spoken with Jesus Carmona's fiancé.
7. I did not arrest, hand-cuff or transport Jesus Carmona to Dick Ross at the Crow Wing County Jail.
8. I did not draft the complaint against Jesus Carmona.

9. Normally the arresting officer will draft the complaint and another officer will sign the complaint.

10. On May 23, 2000, I was working the day shift when the County Attorney's Office called and asked me to sign several complaints.

11. I reviewed and signed the complaints from the County Attorney's Office.

12. One of the complaints I signed was the complaint against Jesus Carmona.

13. Signing the complaint was my only involvement with the arrest and extradition of Jesus Carmona.

FURTHER YOUR AFFIANT SAYETH NOT.

s\Tim Friis
Tim Friis

SUBSCRIBED AND SWORN TO before
me on January 9, 2006.

s\Delrose A. Carson
Notary Public