UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jesus Carmona,

Plaintiff,

vs.

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe) and Pete (Doe),

Defendants.

Case No. 00-2447 MJD/RLE

**AFFIDAVIT OF JON K. IVERSON**

STATE OF MINNESOTA )
:ss
COUNTY OF HENNEPIN )

Jon K. Iverson, duly sworn upon oath, states and alleges as follows:

1. I am an attorney duly licensed to practice in the State of Minnesota and before this Court. I represent the defendants John Sausen, Don Inwards, Marshall Prescott, Rod Mcculley, Dick Ross Harvey Doe, Pete Doe and Tim Friis in the above-entitled matter.

2. Attached here to as Exhibit A is a true and correct copy of *Mahamoud v. Schrum*, 2002 WL 31248023 (D. Minn. Oct. 4, 2002).

FURTHER THIS AFFIANT SAYETH NOT.

/s Jon K. Iverson
Jon K. Iverson

Subscribed and sworn to before me
January 13, 2006.

/s Bonnie R. Hallstrom
Notary Public