UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jesus Carmona,

Plaintiff,

vs.

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe) and Pete (Doe),

Defendants.

Case No. 00-2447 MJD/RLE

**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1**

---

Jon K. Iverson, attorney for Defendant Tim Friis, certifies that this Memorandum of Law complies with the length limitation and with the type size limitation contained in Local Rule 7.1 as follows:

There are 1,332 words in this Memorandum of Law, the word count of the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. The word processing software used to prepare this brief was MS Word.

IVERSON REUVERS

Dated: January 13, 2006

By s/ Jon K. Iverson

Jon K. Iverson, #146389
Attorney for Defendant Tim Friis
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200