IVERSON REUVERS
ATTORNEYS AT LAW

JON K. IVERSON
DIRECT: 952.548.7204
JIVERSON@IVERSONLAW.COM

JON K. IVERSON
PAUL D. REUVERS
JEFF M. ZALASKY
JASON J. KUBOUSHEK
MARK S. BROWN
PAMELA J.F. WHITMORE
JASON M. HIVELEY
SUSAN M. TINDAL
JEFFREY A. EGGE

February 28, 2006

The Honorable Raymond L. Erickson
UNITED STATES DISTRICT COURT
District of Minnesota
Federal Building
515 West First Street
Duluth, MN 55802

RE: Jesus Carmona v. John Sausen, et al.
Civ. No: 00-2447 MJD/ESS

Dear Magistrate Erickson:

Pursuant to Vicki Miller's instructions, this letter is being filed to advise the Court Tim Friis will not be filing a reply memorandum in response to plaintiff's response (Docket No. 128) to our motion for summary judgment (Docket No. 122).

Respectfully submitted,

IVERSON REUVERS

Jon K. Iverson
JKI:be

cc: Jesus Carmona, Pro Se
John Garry