IVERSON REUVERS
ATTORNEYS AT LAW

JON K. IVERSON
DIRECT: 952.548.7204
JIVERSON@IVERSONLAW.COM

JON K. IVERSON
PAUL D. REUVERS
JEFF M. ZALASKY
JASON J. KUBOUSHEK
MARK S. BROWN
PAMELA J.F. WHITMORE
JASON M. HIVELEY
SUSAN M. TINDAL
JEFFREY A. EGGE

February 28, 2006

The Honorable Michael J. Davis
UNITED STATES DISTRICT COURT
District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: Jesus Carmona v. John Sausen, et al.
Civ. No: 00-2447 MJD/ESS

Dear Judge Davis:

Pursuant to Debra Halfman's instructions, this letter is being filed to advise the Court the Crow Wing County and City of Brainerd defendants will not be responding to plaintiff's objections to the Order granting the State's Motion for Protective Order (Document No. 129).

Respectfully submitted,

IVERSON REUVERS

Jon K. Iverson
JKI:be

cc: Jesus Carmona, Pro Se
John Garry