# STATE OF MINNESOTA

MIKE HATCH
ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL

BREMER TOWER, SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2130
TELEPHONE: (651) 296-9412

March 2, 2006

The Honorable Michael J. Davis
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Re:** ***Jesus Carmona v. John Sausen, et al.***
Federal Civil File No. 00-2447 MJD/RLE

Dear Judge Davis:

This is to advise the Court that Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings (the State Defendants) are not submitting a response to Plaintiff's untimely objections (Docket #131) to the Order granting the State Defendants' motion for a protective order (Docket#129).

Respectfully,

**s/ John S. Garry____**
John S. Garry
Bar Number 208899
Mike Hatch
Attorney General
State of Minnesota
Attorneys for Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

cc: Jesus Carmona
Jon K. Iverson, Esq.

AG: #1570457-v1