UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jesus Carmona,

Plaintiff,

vs.

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe), and Pete (Doe),

Defendants.

Civil File No. 00-2447 MJD/RLE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2006, I caused my letter to Judge Michael J. Davis, dated March 2, 2006, to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to attorneys Jon K. Iverson and Kafi C. Linville.

I further certify that I caused a copy of the foregoing document and the Notice of Electronic Filing to be mailed on March 2, 2006, by first class mail, postage paid, to the following non-ECF participant:

Jesus Carmona
#105961
E.H.C.C.
P.O. Box 174
St. Gabriel, LA 70776

Dated: March 2, 2006

**s/ John S. Garry____**
John S. Garry
Bar Number 208899
Mike Hatch
Attorney General
State of Minnesota
Attorneys for Defendants Ventura, Hatch, Ten Eyck, Hermerding, and Cummings

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 282-5719
Fax: (651) 282-5832

AG: #1570458-v1