**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JESUS CARMONA,

Plaintiff,

v.

**ORDER**
Civil File No. 00-2447 (MJD/RLE)

DICK ROSS, et al.,

Defendants.

---

Jesus Carmona, pro se.

John S. Garry, Office of Minnesota Attorney General, Counsel for Defendants Jesse Ventura, Mike Hatch, David Ten Eyck, David Hermerding, and Jennifer Cummings.

Jon K. Iverson, Iverson Reuvers, LLC, Counsel for Defendants Dick Ross, John Sausen, Don Inwards, Marshall Prescott, Rod McCulley, Harvey Doe, and Pete Doe.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson dated February 21, 2006. Plaintiff Jesus Carmona filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the

Court adopts the Report and Recommendation dated February 21, 2006.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Chief Magistrate Judge's Report and Recommendation dated February 21, 2006 [Docket No. 130] is hereby **ADOPTED**.

2. The State Defendants' Motion to Dismiss [Docket No. 79] is **GRANTED**.

3. The County Defendants' Motion for Summary Judgment [Docket No. 85] is **GRANTED**.

4. All claims against the following parties are dismissed with prejudice: Dick Ross, John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Harvey Doe, and Pete Doe.

Dated: March 22, 2006

s / Michael J. Davis
Judge Michael J. Davis
United States District Court