**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JESUS CARMONA,

Plaintiff,

v.

**ORDER**
Civil File No. 00-2447 (MJD/RLE)

DICK ROSS, et al.,

Defendants.

---

Jesus Carmona, pro se.

John S. Garry, Office of Minnesota Attorney General, Counsel for Defendants Jesse Ventura, Mike Hatch, David Ten Eyck, David Hermerding, and Jennifer Cumminings.

---

The above-entitled matter comes before the Court upon Plaintiff Jesus Carmona's Appeal of the Order of Chief United States Magistrate Judge Raymond Erickson dated January 27, 2006. This Court will reverse a magistrate judge's order on a nondispositive issue only if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. L.R. 72.1(b)(2).

The Court has reviewed the applicable law and Plaintiff's objections and finds that the Chief Magistrate Judge correctly applied the law and that the Order is not clearly erroneous. Based on this Court's review of the record, the Court

**AFFIRMS** the Chief Magistrate Judge's Order dated January 27, 2006.

**IT IS HEREBY ORDERED** that

Chief Magistrate Judge Raymond Erickson's Order dated January 27, 2006 [Docket No. 129] is **AFFIRMED**.

Dated: March 22, 2006

s / Michael J. Davis
Judge Michael J. Davis
United States District Court