IVERSON REUVERS
ATTORNEYS AT LAW

JON K. IVERSON
DIRECT: 952.548.7204
JIVERSON@IVERSONLAW.COM

JON K. IVERSON
PAUL D. REUVERS
JEFF M. ZALASKY
JASON J. KUBOUSHEK
PAMELA J.F. WHITMORE
JASON M. HIVELEY
SUSAN M. TINDAL
JEFFREY A. EGGE

April 3, 2006

The Honorable Michael J. Davis
UNITED STATES DISTRICT COURT
District of Minnesota
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: Jesus Carmona v. John Sausen, et al.
Civ. No: 00-2447 MJD/ESS

Dear Judge Davis:

Mr. Carmona's "Objections to Magistrate's Fraudulent Report" was received in my office on April 3, 2006.

This letter is being filed to advise the Court the Crow Wing County and City of Brainerd Defendants will not be responding to Plaintiff's Objections to the Report and Recommendation of Chief Magistrate Judge Raymond Erickson dated March 16, 2006 (Document No. 138).

Respectfully submitted,

IVERSON REUVERS

Jon K. Iverson
JKI:bh

cc: Jesus Carmona, Pro Se
John Garry

IVERSON REUVERS, LLC | 9321 ENSIGN AVENUE SOUTH | BLOOMINGTON, MN 55438 | 952.548.7200 | FAX: 952.946.1501 WWW.IVERSONLAW.COM