**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JESUS CARMONA,

Plaintiff,

v.

**ORDER**
Civil File No. 00-2447 (MJD/RLE)

DICK ROSS, et al.,

Defendants.

---

Jesus Carmona, pro se.

Jon K. Iverson, Iverson Reuvers, LLC, Counsel for Defendant Tim Friis.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson dated March 16, 2006. Plaintiff Jesus Carmona filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court adopts the Report and Recommendation dated March 16, 2006.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Chief Magistrate Judge's Report and Recommendation dated March 16, 2006 [Docket No. 138] is hereby **ADOPTED**.

2. Defendant Tim Friis's Motion for Summary Judgment [Docket No. 121] is **GRANTED**.

3. Based on this Order and on the Court's previous Order filed March 23, 2006 [Docket No. 142] this case is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 14, 2006

s / Michael J. Davis
Judge Michael J. Davis
United States District Court