# UNITED STATES DISTRICT COURT
## District of Minnesota

Jesus Carmona,

V.

John Sausen, David Ten Eyck, David Hermerding, Jennifer Cummings, Tim Friis, Jesse Ventura, Mike Hatch, Don Inwards, Marshall Prescott, Rod McCulley, Dick Ross, Harvey (Doe), and Pete (Doe),

## JUDGMENT IN A CIVIL CASE

Case Number: 00-CV-2447 (MJD/RLE)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Chief Magistrate Judge's Report and Recommendation dated March 16, 2006 [Docket No. 138] is hereby **ADOPTED**.

2. Defendant Tim Friis's Motion for Summary Judgment [Docket No. 121] is **GRANTED**.

3. Based on this Order and on the Court's previous Order filed March 23, 2006 [Docket No. 142] this case is **DISMISSED WITH PREJUDICE.**

April 14, 2006
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk