# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL OF APPEAL

**Date:** June 29, 2006
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Janet Midtbo, Deputy Clerk

**In Re:** District Court Case No.: 00-cv-2447 MJD/RLE
Eighth Circuit Case No.:
Case Title: Carmona v. Ross, et al

---

Enclosed, please find three appeal packets each containing a copy of the Notice of Appeal, the Order and/or Judgment appealed, and a certified copy of the docket sheet as of the date of this transmittal.

The statutory filing fee has:

____ been paid, receipt # .
__x__ not been paid as of 6/29/06. IFP __x__ is ____ is not pending.
____ been waived because:
____ Application for IFP Granted ____ USA filed appeal

Length of Trial: days

Was a court reporter utilized? ____ Yes __x__ No

If yes, please identify the court reporter:
Name:
Address:

Phone:

____ Forms A & B were not enclosed; mailed to counsel.

____ Forms A & B were given to counsel at the counter.

____ Completed Form A enclosed in transmittal letter.