2064439



# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
JUL - 6 2006
MICHAEL E. GANS
CLERK OF COURT

No. 06-2729

Jesus Carmona, Appellant,

v.

Dick Ross, et al. Appellees.

00CV 2447 MJD

Appeal from the United States District Court for the District of Minnesota

This case is remanded to the district court for the limited purpose of determining the appellant's in forma pauperis status and assessing the appellate filing fees pursuant to 28 U.S.C. Section 1915 as amended by the Prison Litigation Reform Act. In the event the district court grants in forma pauperis status, the district court is directed to calculate and collect the appellate filing fees in accordance with Henderson v. Norris, 129 F.3d 481(8th Cir.1997).

(5491-010199)

July 6, 2006

Order Entered under Rule 27B(a)

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
JUL 10 2006
U.S. DISTRICT COURT ST. PAUL

July 6, 2006
Case Number: 06-2729

District Court/Agency Case Number(s): 0:00-cv-02447-MJD

JESUS CARMONA

Plaintiff - Appellant

v.

DICK ROSS; JOHN SAUSEN; DAVID TEN EYCK; DAVID HERMERDING; JENNIFER CUMMINGS; TIM FRIIS; JESSE VENTURA; MIKE HATCH; DON INWARDS; MARSHALL PRESCOTT; ROD MCCULLEY; HARVEY DOE; PETE DOE

Defendants - Appellees

(5072-010199)

cyz

06-2729 Jesus Carmona v. Dick Ross

Mr. Jesus Carmona
ELAYN HUNT CORRECTIONAL CENTER
#105961
P.O. Box 174
St. Gabriel, LA 70776

Mr. Jon Kermit Iverson
IVERSON & REUVERS
9321 Ensign Avenue, S.
Bloomington, MN 55438

Mr. John Steven Garry
ATTORNEY GENERAL'S OFFICE
Suite 1100, NCL Tower
445 Minnesota Street
St. Paul, MN 55101-2128

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

(5075-010199)

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 6, 2006

RECEIVED
JUL 06 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Mr. Jesus Carmona
ELAYN HUNT CORRECTIONAL CENTER
#105961
P.O. Box 174
St. Gabriel, LA 70776

Re: 06-2729 Jesus Carmona vs. Dick Ross

Dear Mr. Carmona:

The appeal has been docketed in this court under the number shown above.

Enclosed is a copy of an order of limited remand.

Under 28 U.S.C. Section 1915(b) governing prisoner litigation, an appellant must either pay to the U.S. District Court the full appellate docketing fees of $455.00 or obtain permission from the district court to proceed on appeal in forma pauperis, which will allow you to pay the full fee in installments.

If the district court clerk's office is receiving this letter electronically, they will also be receiving a certified copy of the order in the mail. By copy of this letter, the Clerk of the U.S. District Court is directed to send two certified copies of the order on limited remand together with updated docket entries and original file.

(5535-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

cyz

Enclosure(s)

cc: Honorable Michael J. Davis, U.S. District Judge
Jon Kermit Iverson
John Steven Garry

Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:00-cv-02447-MJD