**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jesus Carmona,

Plaintiff,

v.

**ORDER**
Civil File No. 00-2447 (MJD/RLE)

Dick Ross,

Defendants.

This matter is before the Court on Plaintiff Jesus Carmona's ("Plaintiff") application to proceed *in forma pauperis* ("IFP") on appeal. [Docket No. 153]. Plaintiff has not accompanied his request with an initial partial payment of the filing fee. The Court finds that Plaintiff is financially eligible for IFP status. Plaintiff is thus excused from pre-paying the entire appeals fee of $255.00, but he is still required to pay the entire fee over a period of time. See Ashley v. Dillsworth, 147 F.3d 715, 716 (8th Cir. 1998).

28 U.S.C. § 1915(b)(1) requires that Plaintiff pay an initial partial filing fee. Plaintiff's IFP application includes information about his prison trust account, as required by 28 U.S.C. § 1915(a)(2). Plaintiff's application reveals that in the six-month period immediately preceding the filing of the notice of appeal, he had no assets, the average monthly deposits to Plaintiff's account were $0 and the average monthly balance in Plaintiff's account was $0. [Docket No. 153]. In this case, the record is clear that Plaintiff has no assets and no means by which to pay the initial

partial filing fee, and the Court must allow his appeal to proceed. See 28 U.S.C. § 1915(b)(4). Plaintiff is, however, still responsible for the eventual payment of the filing fee under § 1915(b)(1), and must make payments if he acquires sufficient assets to do so.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed Without Prepayment of Fees [Docket No. 153] is **GRANTED**.

Dated: July 31, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court Judge