# UNITED STATES DISTRICT COURT
## District of Minnesota

Date: August 3, 2006 CV 00-2447 MJD/RLE

Re: Jesus Carmona
# 105961
E.H.C.C.
PO Box 174
St. Gabriel, LA 70776

Dear Prison Authorities:

The enclosed order relates to the financial obligations of an inmate at your facility. The inmate has been ordered to pay the unpaid balance of the filing fee for the action filed in this court. If you have any questions regarding the order please contact me.

**Mail Payment to:**

Clerk U.S. District Court
Attention: Financial Unit
300 South 4th Street, Suite 202
Minneapolis, MN 55415

Sincerely,
Vickie Moralez
(651) 848-1104

cc: Financial Unit
Lodged in file