# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** August 3, 2006

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Vickie Moralez, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 00-2447 MJD/RLE
Eighth Circuit Case No.: 06-2729
Case Title: Carmona v Ross

---

TRANSMITTED HEREWITH:

x Original File(s), consisting of 3 file(s).

x Two certified copies, and one uncertified copy of updated docket sheet from August 3, 2006

___ Designated Clerk's Record #

x Other: Order ruling on the IFP for appeal purposes

___ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

RECEIVED
AUG 0 4 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ________ Received by: ________

Date Returned to USDC: ________

SCANNED
AUG 0 3 2006
U.S. DISTRICT COURT ST. PAUL