# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 06-2729

| | | |
|---|---|---|
| Jesus Carmona,<br><br>Appellant,<br><br>vs.<br><br>Dick Ross; John Sausen; David Ten Eyck; David Hermerding; Jennifer Cummings; Tim Friis; Jesse Ventura; Mike Hatch; Don Inwards; Marshall Prescott; Rod McCulley; Harvey Doe; Pete Doe,<br><br>Appellees. | * * * * * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota |

### JUDGMENT

Appellant's brief was due on October 2, 2006, but was not filed. On October 26, 2006, the court entered an order directing appellant to show cause why the appeal should not be dismissed for failure to prosecute. Appellant has failed to respond to the order or file his brief and the appeal is hereby dismissed. See Eighth Circuit Rule 3C. Mandate shall issue forthwith.

November 28, 2006

Order Entered under Rule 27B(a)

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
DEC 04 2006
U.S. DISTRICT COURT MPLS

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED BY U.S. MAIL
2006 DEC -4 AM 9:05
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

November 28, 2006

Mr. Jesus Carmona
ELAYN HUNT CORRECTIONAL CENTER
#105961
P.O. Box 174
St. Gabriel, LA 70776

Re: 06-2729 Jesus Carmona vs. Dick Ross

Dear Sir:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

paw

Enclosure(s)

cc: Honorable Michael J. Davis, U.S. District Judge
Jon Kermit Iverson
John Steven Garry
Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:00-cv-02447-MJD