# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
# CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

**DATE:** January 22, 2007

RE: 06-2729 Jesus Carmona v. Dick Ross, et al

**TO:** Richard Sletten

**FROM:** James J. Foster

Enclosed are the following records for return to your office:

Original file: 3 vols. Transcript:

Deposition: Sealed:

Exhibits:

Other:

[x ] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

RECEIVED
JAN 26 2007
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Enclosure(s)

District Court/Agency Case Number(s): 0:00-cv-02447-MJD

jff

SCANNED
JAN 29 2007
U.S. DISTRICT COURT MPLS